# EXHIBIT A

# Local Coverage Determination (LCD): MolDX-CDD: Decipher® Prostate Cancer Classifier Assay (L36343)

Links in PDF documents are not guaranteed to work. To follow a web link, please use the MCD Website.

## Contractor Information

| Contractor Name | Contract Type | Contract Number | Jurisdiction | State(s) |
|---|---|---|---|---|
| Noridian Healthcare Solutions, LLC | A and B MAC | 01111 - MAC A | J - E | California - Entire State |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01112 - MAC B | J - E | California - Northern |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01182 - MAC B | J - E | California - Southern |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01211 - MAC A | J - E | American Samoa<br>Guam<br>Hawaii<br>Northern Mariana Islands |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01212 - MAC B | J - E | American Samoa<br>Guam<br>Hawaii<br>Northern Mariana Islands |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01311 - MAC A | J - E | Nevada |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01312 - MAC B | J - E | Nevada |
| Noridian Healthcare Solutions, LLC | A and B MAC | 01911 - MAC A | J - E | American Samoa<br>California - Entire State<br>Guam<br>Hawaii<br>Nevada<br>Northern Mariana Islands |

Back to Top

## LCD Information

### Document Information

LCD ID
L36343

LCD Title
MolDX-CDD: Decipher® Prostate Cancer Classifier Assay

Proposed LCD in Comment Period
N/A

Source Proposed LCD
N/A

AMA CPT / ADA CDT / AHA NUBC Copyright Statement

Original Effective Date
For services performed on or after 10/15/2015

Revision Effective Date
For services performed on or after 11/17/2016

Revision Ending Date
N/A

Retirement Date
N/A

Notice Period Start Date
08/30/2015

Notice Period End Date
10/14/2015

CPT only copyright 2002-2017 American Medical Association. All Rights Reserved. CPT is a registered trademark of the American Medical Association. Applicable FARS/DFARS Apply to Government Use. Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein.

The Code on Dental Procedures and Nomenclature (Code) is published in Current Dental Terminology (CDT). Copyright © American Dental Association. All rights reserved. CDT and CDT-2016 are trademarks of the American Dental Association.

UB-04 Manual. OFFICIAL UB-04 DATA SPECIFICATIONS MANUAL, 2014, is copyrighted by American Hospital Association ("AHA"), Chicago, Illinois. No portion of OFFICIAL UB-04 MANUAL may be reproduced, sorted in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior express, written consent of AHA." Health Forum reserves the right to change the copyright notice from time to time upon written notice to Company.

CMS National Coverage Policy Title XVIII of the Social Security Act (SSA), §1862(a)(1)(A), states that no Medicare payment shall be made for items or services that "are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member."

Title XVIII of the Social Security Act, §1833(e), prohibits Medicare payment for any claim lacking the necessary documentation to process the claim.

42 Code of Federal Regulations (CFR) §410.32 Diagnostic x-ray tests, diagnostic laboratory tests, and other diagnostic tests: Conditions.

CMS Internet-Only Manuals, Publication 100-04, *Medicare Claims Processing Manual*, Ch. 16, §50.5 Jurisdiction of Laboratory Claims, §60.12 Independent Laboratory Specimen Drawing, §60.2. Travel Allowance.

Coverage Guidance
**Coverage Indications, Limitations, and/or Medical Necessity**

**Coverage Indications, Limitations, and/or Medical Necessity**

Noridian will provide limited coverage for the Decipher® prostate cancer classifier assay (GENOMEDX Biosciences Corp) when used to determine which patients traditionally considered high risk of recurrence after radical prostectomy (RP) may be closely followed rather than receive post-operative radiation therapy (XRT).

**Background**

In 2014 the estimated new cases of prostate cancer is 233,000 which represents 14% of all new cancer diagnosis. More than 29,000 men will die from this disease representing 5% of all cancer deaths. Gratefully 98.9% of men are surviving at 5 years.

Many individuals do not need treatment for their prostate cancer in as much as their prognosis is excellent even without treatment. Physicians and patients struggle to know who can safely be observed versus the subgroup that needs more aggressive treatment to achieve cure.

Traditionally, clinicopathologic characteristics are utilized to determine risk and subsequent treatment. Nearly 50% of men with prostate cancer treated with surgery will have adverse pathology or subsequent PSA rise and are, therefore, considered at increased risk for developing biochemical recurrence (BCR) and ultimately metastatic disease. This represents around 40,000 American men each year. The standard of care for these men

is, according to AUA/ASTRO and N__N clinical practice guidelines, 6-8 weeks of daily postoperative XRT. This recommendation is based on the results of three randomized phase III studies where men who were considered higher risk for BCR were randomized to radiation versus observation. As a group the men who received radiation did better overall, yet approximately 50% of the men in the control group had excellent prognosis without XRT. In the radiation group there was an increase in both acute and chronic adverse events such as rectal complications, urethral strictures and urinary incontinence.

The identification of the subgroup of men who do not need XRT is important. However, prospective studies of outcomes of early prostate cancer (especially where there is a non-intervention arm) will take decades to complete.

**Decipher® Prostate Cancer Classifier Assay**

**Test Description**

The Decipher® prostate cancer assay, a 22-biomarker expression signature using oligonucleotide microarray technology, interrogates 1.4 million RNAs extracted from a formalin-fixed paraffin embedded (FFPE) tissue block of the index lesion (defined by highest tumor stage or histological Gleason grade) from the RP specimen. The biomarkers that comprise the Decipher classifier include cell cycle progression, androgen signaling, cell adhesion, tumor cell motility, migration and immune evasion functions.

**Test Performance**

The clinical performance of this assay was assessed in several blinded, retrospective, clinical validation studies, enrolling more than 1200 patients. Validation studies included a wide diversity of patients with intermediate or high-risk prostate cancer who underwent RP, many of whom subsequently developed metastatic disease.

**Clinical Trials**

In a cohort of patients status-post RP with high-risk features (PSA > 20 or GS ≥8) 11% of men received adjuvant XRT and 34% received adjuvant hormone therapy, although it is unclear which patients received salvage RT. In this high-risk population which was largely untreated by adjuvant therapy, the overall risk of metastases was only 7.2% at 10 years. Decipher® classifer (GC) scores of <0.4 (low) demonstrated a <5% risk of developing metastasis at 10 years, where the > 0.6 group (high risk) had over a 25% risk.

In another study with similar inclusion criteria to the previous study, but with men who had developed BCR. Of the men that developed metastatic disease, only 16% of men received adjuvant XRT (43% received salvage XRT) and 57% of these men received adjuvant androgen deprivation. Despite an imbalance between the non-metastasis and metastasis groups, as would be expected in a retrospective study, the Decipher GC showed that men with a high GC score (≥0.4) had a 8 year risk of metastatic disease of > 50% where as those with a GC score of <0.4 had a risk of metastatic disease of approximately 10%.

In another study with similar inclusion criteria as the first trial, men with pT3b disease were included. In the men eventually dying of metastatic prostate cancer, 14% received adjuvant therapy compared to 34% in the non-cancer death group. The Decipher® GC score showed similar results. Additionally, these authors showed that there was no statistical correlation that adjuvant therapy improved outcomes.

The Decipher GC score on multivariate analysis, has been shown to be the strongest predictor of development of biochemical failure, metastasis or death and outperforms clinicopathologic characteristics currently used in standard practice (including preoperative PSA, Gleason score, surgical findings at time of RP) to determine who is at risk of developing distant metastasis after RP.

The strength of this data is the consistency with which the Decipher GC score predicts metastasis across intermediate or high-risk patients who may or may not have had a BCR. There are heterogeneities in the patients included in the analysis both inside the trials and between trials. While a prospective trial with randomization and treatment based on the Decipher GC score would solve these biases, and recognizing that long-term prospective data would require 10 years or more, Noridian and the CMS MolDX Contractor believe that clinical utility can be extrapolated from these robust retrospective clinical validity trials.

When applying retrospective analysis to prospective treatment there is the fear that the treatment that normally would have been given is altered based on a test result. Consequently, education on the appropriate use of this test and resulting treatment outcomes must be clearly understood by ordering physicians.

**Professional Society Opinion**

In the 2015 National Comprehensive Cancer Network (NCCN) prostate cancer guidelines, NCCN noted the

following: "Men with clinically loca. .d disease could consider use of a tumor-based molecular assay to stratify better risk of adverse pathology at radical prostatectomy or disease-specific mortality after radical prostatectomy."

**Criteria for Coverage**

The Decipher GC assay is covered only when the following clinical conditions are met:

- Patient with prostate cancer who has undergone a RP within the previous 60 months and is being considered for postoperative secondary therapy due to one or more cancer-recurrence risk factors, **and**
- Patient must have achieved initial PSA nadir (defined as undetectable PSA) within 30 days of RP surgery, **and**
- Patient must not have any evidence of distant metastasis, **and**
- Patient must not have received any neo-adjuvant treatment prior to surgery, **and**
- Decipher GC is performed on a patient's RP specimen, **and**
- Patient's surgical pathology report or medical records must have documented presence of adverse pathology:
  - Pathological stage T2 disease with a positive surgical margin, or
  - Pathological stage T3 disease (e.g., extraprostatic extension, seminal vesicle invasion, bladder neck invasion), or
  - Rising PSA after initial PSA nadir, **and**
- Testing has been ordered by a physician who is certified in the GENOMEDX Decipher Certification and Training Registry (CTR)

**Certification and Training Registry (CTR) Program**

Because of the complicated nature of management decisions utilizing the Decipher assay and the potential for missing prostate cancer that could be salvaged with appropriate management at the appropriate time, testing must be furnished only by physicians who are enrolled in a MolDx approved CTR program. The GENOMEDX CTR program serves as a control to assure the appropriate selection of patients, compliance with management decisions and stringent follow up to ensure the benefits of the test outweigh its risks. As part of this requirement GENOMEDX will provide reports every 6 months to the MolDX Contractor.

The goals of the GENOMEDX Certification and Training Program are as follows:

- To ensure that physicians understand the limitations of the test based on its validation through retrospective and heterogeneous patient populations, and
- To inform prescribers and patients on the safe-use conditions for Decipher, and
- To avoid missing clinically relevant development of metastatic prostate cancer or cancer related death with associated increased morbidity and mortality in Decipher low risk patients

Noridian expects GENOMEDX to:

- Establish and maintain the Decipher Certification and Training Registry (CTR);
- Ensure that healthcare providers who order the Decipher classifier are registered and certified in the GENOMEDX Decipher CTR program and that the Decipher classifier assay is available only through these providers;
- Maintain a secure registry database of GENOMEDX Decipher CTR providers
- Immediately report any distant metastases or prostate cancer-related deaths in Decipher GC low risk patients;
- Apprise the MolDX Contractor of all registry or trial results on Decipher on an annual basis;
- Share all required data and reports in a HIPAA compliant fashion

Back to Top

# Coding Information

Bill Type Codes:

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.

N/A
Revenue Codes:

Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory. Unless specified in the policy, services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.

N/A
CPT/HCPCS Codes
**Group 1 Paragraph:** N/A

**Group 1 Codes:**
81479 UNLISTED MOLECULAR PATHOLOGY PROCEDURE

ICD-10 Codes that Support Medical Necessity
**Group 1 Paragraph:** N/A

**Group 1 Codes:**

| **ICD-10 Codes** | **Description** |
|---|---|
| C61 | Malignant neoplasm of prostate |

ICD-10 Codes that DO NOT Support Medical Necessity N/A
ICD-10 Additional Information Back to Top

# General Information

Associated Information
N/A

Sources of Information and Basis for Decision
References

1. Abdueva D, Wing M, Schaub B, et al: Quantitative expression profiling in formalin-fixed paraffin-embedded samples by affymetrix microarrays. J Mol Diagn 12:409-17, 2010.
2. ASCO guidelines Nov 2014
3. Bolla M, van Poppel H, Collette L, et al: Postoperative radiotherapy after radical prostatectomy: a randomised controlled trial (EORTC trial 22911). The Lancet 366:572-578, 2005.
4. Cooperberg MR, Davivioni E, Crisan A, et al. Combined Value of Validated Clinical and Genomic Risk Stratification Tools for Predicting Prostate Cancer Mortality in a High-risk Prostatectomy Cohort. Eur Urol doi: 10.1016/j.eururo.2014.05.039., 2014.
5. Den RD, Feng FY, Showalter TN, et al: A Genomic Prostate Cancer Classifier predicts Biochemical Failure and Metastasis in Patients Following Post Operative Radiation Therapy. Int J Radiat Oncol Biol Phys 89(5): 1038-46, 2014.
6. Den RD, Yousefi K, Trabulsi EJ, et al: Genomic Classifier Identifies Men With Adverse Pathology After Radical Prostatectomy Who Benefit From Adjuvant Radiation Therapy J Clin Oncol DOI: 10.1200/JCO.2014.59.0026
7. Erho N, Crisan A, Vergara IA, et al: Discovery and Validation of a Prostate Cancer Genomic Classifier that Predicts Early Metastasis Following Radical Prostatectomy. PLoS One 8:e66855, 2013.

8. Freedland SJ, Rumble RB, I...ili A, et al: Adjuvant and Salvage Radiotherapy After Prostatectomy: American Society of Clinical Oncology Clinical Practice Guideline Endorsement. DOI: 10.1200/JCO.2014.58.8525
9. http://seer.cancer.gov/statfacts/html/prost.html, 2014.
10. Karnes RJ, Bergstralh EJ, Davicioni E, et al: Validation of a Genomic Classifier that Predicts Metastasis Following Radical Prostatectomy in an At Risk Patient Population. J Urol 190:2047-53, 2013.
11. Klein E, Yousefi K, Haddad Z, et al: A Genomic Classifier Improves Prediction of Metastatic Disease Within 5 Years After Surgery in Node-negative High-risk Prostate Cancer Patients Managed by Radical Prostatectomy Without Adjuvant Therapy. Eur Urol (2014), http://dx.doi.org/10.1016/j.eururo.2014.10.036
12. Mason J, Dicker A, Buerki C, et al: Evaluating the clinical impact of a genomic classifier in prostate cancer using individualized decision analysis.
13. NCCN Clinical Guidelines in Oncology (NCCN Guideline). Prostate Cancer. v1 2015.
14. Ross AE, Feng FY, Ghadessi M, et al: A genomic classifier predicting metastatic disease progression in men with biochemical recurrence after prostatectomy. Pros Can Pros Dis 17:64-9, 2014
15. Thompson IM, Jr., Tangen CM, Paradelo J, et al: Adjuvant radiotherapy for pathologically advanced prostate cancer: a randomized clinical trial. JAMA 296:2329-35, 2006.
16. Thompson IM, Valicenti RK, Albertsen P, et al: Adjuvant and Salvage Radiotherapy After Prostatectomy: AUA/ASTRO Guideline. J Urol 190:441-449, 2013.
17. Wiegel T, Bottke D, Steiner U, et al: Phase III postoperative adjuvant radiotherapy after radical prostatectomy compared with radical prostatectomy alone in pT3 prostate cancer with postoperative undetectable prostate-specific antigen: ARO 96-02/AUO AP 09/95. J Clin Oncol 27:2924-30, 2009.

Back to Top

# Revision History Information

| Revision History Date | Revision History Number | Revision History Explanation | Reason(s) for Change |
|---|---|---|---|
| 11/17/2016 | R3 | This final LCD, effective 10/15/2015, combines JEA L36341 into the JEB LCD L36343 so that both JEA and JEB contract numbers will have the same final MCD LCD number. | • Creation of Uniform LCDs Within a MAC Jurisdiction |
| 10/15/2015 | R2 | LCD is revised to add "CDD" (Coverage with Data Development) to the title identifying LCDs which are coverage requiring data development. | • Creation of Uniform LCDs With Other MAC Jurisdiction |
| 10/15/2015 | R1 | Removed "No comments were received for comment period ending 03/30/2015" from the Associated Information section. | • Typographical Error |

Back to Top

# Associated Documents

Attachments N/A

Related Local Coverage Documents Article(s) A54631 - Response to Comments: MolDX: Decipher Prostate Cancer Classifier Assay

Related National Coverage Documents N/A

Public Version(s) Updated on 11/13/2016 with effective dates 11/17/2016 - N/A Updated on 11/30/2015 with effective dates 10/15/2015 - 11/16/2016 Updated on 08/21/2015 with effective dates 10/15/2015 - N/A Updated on 08/07/2015 with effective dates 10/15/2015 - N/A Back to Top

# Keywords

- decipher
- prostate
- MolDX
- assay
- GENOMEDX

Read the **LCD Disclaimer** Back to Top

# EXHIBIT B

**From:** Dede Goehler
**Sent:** Monday, August 28, 2017 3:20 PM
**To:** Stephanie La Fleur
**Cc:** Corinne Vause; Dani Fletes
**Subject:** Re: UHC MC Advantage letter

Be there soon and we can have a pow wow

Sent from my iPhone

**Deirdre Goehler**
DIRECTOR OF REIMBURSEMENT
GenomeDx Biosciences

M 1 (913) 707-8500

GenomeDx.com | DecipherTest com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed
If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone
Please contact the sender if you believe you have received this email in error Thank you

On Aug 28, 2017, at 12:14 PM, Stephanie La Fleur <stephanie.lafleur@genomedx.com> wrote:

> I have seen that we have been billing patients since Brittany was here. What I don't understand is how do we appeal them if we don't have a PSA Nader. This is why most of the refund request are coming in. I also noticed that all the documents such as the LCD, Medicare Fee Schedule and the NCCN guidelines that go out for the RP test where being sent for the biopsy test. I realized Brittany was sending these with the appeals long ago and Vicki and I told you that Brittany was doing this. The Humana that I looked into are requesting refunds as well for these. I will look into the UHC to see if any are biopsy cases.
>
> **Stephanie La Fleur**
> SUPERVISOR, REGULATORY CLINICAL APPEALS SPECIALIST
> GenomeDx Biosciences
>
> T. 1 (858) 322-6143
> F. 1 (866) 524-5768
>
> GenomeDx.com | DecipherTest.com
>
> 
>
> San Diego
> 10355 Science Center
>
> Vancouver
> 1038 Homer Street

Drive Suite 240 Vancouver BC
San Diego CA 92121 Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed
If you are not the intended recipient of this email, you must neither take any action based upon its contents nor copy or show it to anyone
Please contact the sender if you believe you have received this email in error Thank you

**From:** Dede Goehler
**Sent:** Monday, August 28, 2017 11:55 AM
**To:** Corinne Vause <corinne.vause@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>
**Cc:** Dani Fletes <dani.fletes@genomedx.com>
**Subject:** RE: UHC MC Advantage letter

If we have a signed WOL- we CAN NOT balance bill but that is why we need to be appealing all Medicare Advantage claims and not accepting lower than our allowable. Also- we should make a run at night being penalized for being out of network as we are proprietary. I know that is easier said than done.

**Deirdre Goehler**
**DIRECTOR OF REIMBURSEMENT**
GenomeDx Biosciences

M. 1 (913) 707-8500

GenomeDx.com | DecipherTest.com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed
If you are not the intended recipient of this email you must neither take any action based upon its contents nor copy or show it to anyone
Please contact the sender if you believe you have received this email in error Thank you

**From:** Corinne Vause
**Sent:** Monday, August 28, 2017 1:49 PM
**To:** Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>
**Cc:** Dani Fletes <dani.fletes@genomedx.com>
**Subject:** RE: UHC MC Advantage letter

This is also a concern of mine. It has also come to my attention as well that patient statements have been sent out on MCADV plans where we sent the WOL to the insurance yet we still billed patients as per Alice's instructions. We did not realize that when she gave us a list of adjustments/patient statements that it included the MCADV patients. We should be adjusting off these balances and refund any patient's that have already paid as when we signed the WOL we stated we would not charge the patients.

We are getting calls from insurance companies about this so feedback on this would be appreciated.

**Corinne Vause**
**BILLING MANAGER**
GenomeDx Biosciences

T. 1 (858) 322-6146

GenomeDx.com | DecipherTest.com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

**From:** Stephanie La Fleur
**Sent:** Monday, August 28, 2017 11:28 AM
**To:** Dede Goehler <dgoehler@genomedx.com>
**Cc:** Dani Fletes <dani.fletes@genomedx.com>; Corinne Vause <corinne.vause@genomedx.com>
**Subject:** FW: UHC MC Advantage letter

HI Dede,

Yes we can talk about this but my biggest concern is what I talked to you about on Friday. With the Medicare Advantage patients appeals we have to sign the "Waiver of Liability" that states we will not bill the patient if they don't pay. I don't know how the patients would feel about doing a member appeal if they are not responsible for the bill anyway. Also if all the patients don't meet the LCD because of the PSA Nader then we can't appeal anyways. Going forward we need to discuss appealing Medicare Advantage because in our letters it states they meet the LCD. I am just confused on how to appeal Medicare Advantage now. Also this would mean I could not send the LCD with commercial plans for appeal unless we have all documentation that supports the LCD.

- Anyone else's thoughts on this...

Thank you,

**Stephanie La Fleur**
SUPERVISOR, REGULATORY CLINICAL APPEALS SPECIALIST
GenomeDx Biosciences

T. 1 (858) 322-6143
F. 1 (866) 524-5768

GenomeDx.com | DecipherTest.com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

**From:** Dede Goehler
**Sent:** Monday, August 28, 2017 8:52 AM
**To:** Stephanie La Fleur <stephanie.lafleur@genomedx.com>
**Subject:** FW: UHC MC Advantage letter

Good Morning- Here is the letter from UHC we received in regards to Medicare Advantage. Could you please print out so we can discuss when I get there? The font on there is so small it is almost impossible to read. Edwin said we should ask for a recoup because we will need to go to eye doctor. See you soon

**Deirdre Goehler**
DIRECTOR OF REIMBURSEMENT
GenomeDx Biosciences

M 1 (913) 707-8500

GenomeDx com | DecipherTest com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed If you are not the intended recipient of this email you must neither take any action based upon its contents nor copy or show it to anyone Please contact the sender if you believe you have received this email in error Thank you

**From:** Dani Fletes
**Sent:** Thursday, August 24, 2017 5:35 PM
**To:** Dede Goehler <dgoehler@genomedx.com>; Edwin Hendrick <edwin@genomedx.com>; Adam Chinnock <adam.chinnock@genomedx.com>
**Cc:** Dani Fletes <dani.fletes@genomedx.com>
**Subject:** UHC MC Advantage letter

All
The attached was received today from United.

**Dani Fletes**
DIRECTOR, CLIENT OPERATIONS
GenomeDx Biosciences

T. 1 (858) 322-6140

GenomeDx.com | DecipherTest.com

San Diego
10355 Science Center
Drive Suite 240
San Diego CA 92121

Vancouver
1038 Homer Street
Vancouver BC
Canada V6B 2W9

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed If you are not the intended recipient of this email you must neither take any action based upon its contents nor copy or show it to anyone Please contact the sender if you believe you have received this email in error Thank you

# EXHIBIT C



# Providing Treatment Information for Prostate Cancer Patients

**BIOPSY**

For all patients with localized disease on biopsy

**POST OP**

For all patients with adverse pathology after prostatectomy





## Decipher provides better risk assessment for more individualized treatment for all patients diagnosed with localized prostate cancer.

**Decipher predicts the likelihood of clinically useful endpoints:**

- High Grade Disease (Gleason Grade 4 or 5)
- 5 year metastasis
- 10 year prostate cancer specific mortality*

- Active surveillance?
- Local therapy alone?
- Multi-modal therapy?

| Decipher Classification | Patient Management Recommendations |
|---|---|
| Decipher Biopsy Low Risk | Favorable prognosis - may be suitable candidate for active surveillance and may have excellent outcomes when treated with local therapy alone |
| **Decipher Biopsy High Risk** | Unfavorable prognosis - may not be suitable candidate for active surveillance and may benefit from intensification with multi-modal therapy[3-5] |

**Decipher Biopsy accurately reclassifies 46% of patients from NCCN risk category[1]**

*Extrapolated from multiple radical prostatectomy Decipher studies[1-6]

BIOPSY

# Decipher® Biopsy is the most accurate predictor of disease progression for newly diagnosed patients.

**Decipher Biopsy alone predicts metastasis with an AUC of 0.87 and independently outperforms other clinical risk factors.**

Comparison of Accuracy for Predicting Metastasis
Predictive Power Measured by Area Under the Curve (AUC)[3]
Decipher alone (5 yr mets)
0.87
Decipher alone (10 yr mets)
0.80
Pretreatment PSA (5 yr mets)
Biopsy GS (5 yr mets)
0.5
0.6
0.7
0.8
0.9

Comparison of Accuracy for Predicting High Grade Disease
Predictive Power Measured by Area Under the Curve (AUC)[3]

Decipher alone (High Grade Disease) 0.71

Oncotype + NCCN (High Grade Disease)[8]

Pretreatment PSA (High Grade Disease)

0.5 0.55 0.6 0.65 0.7 0.75

## References

1. Ross, A.E., et al., Tissue Based Genomics Augment Post-Prostatectomy Risk Stratification in a Natural History Cohort of Intermediate- and High-Risk Men. European Urology. 2015 Jan; 69(1): 157-65.
2. Cooperberg, M.R., et al., Combined Value of Validated Clinical and Genomic Risk Stratification Tools for Predicting Prostate Cancer Mortality in a High-risk Prostatectomy Cohort. European Urology. 2015 Feb; 67(2): 326-333.
3. Klein, E.A., et al., Decipher Genomic Classifier Measured on Prostate Biopsy Predicts Metastasis Risk. Urology. 2016, In Press. DOI: http://dx.doi.org/10.1016/j.urology.2016.01.012
4. Knudsen, B.S., et al., Application of a Clinical Whole-Transcriptome Assay for Staging and Prognosis of Prostate Cancer Diagnosed in Needle Core Biopsy Specimens. Journal of Molecular Diagnostics. 2016. In Press.
5. Lee, Hak J., et al. "Evaluation of a Genomic Classifier in Primary Tumor and Lymph Node Metastases in Pre- and Post-Radical Prostatectomy Tissue Specimens from Patients with Lymph Node Positive Prostate Cancer" presented at the 2015 annual meeting of the American Society of Clinical Oncology.
6. Klein, E.A., et al., A Genomic Classifier Improves Prediction of Metastatic Disease within 5 Years After Surgery in Node-Negative High-Risk Prostate Cancer Patients Managed by Radical Prostatectomy without Adjuvant Therapy. European Urology. 2015 Apr; 67(4): 778-786.
7. Simon, et al., Development and Validation of Therapeutically Relevant Multi-Gene Biomarker Classifier. J Natl Cancer Inst. 2005 Jun; 97(12): 866-7.
8. Cullen, et al., A Biopsy-based 17-gene Genomic Prostate Score Predicts Recurrence After Radical Prostatectomy and Adverse Surgical Pathology in a Racially Diverse Population of Men with Clinically Low- and Intermediate-risk Prostate Cancer. European Urology. 2015 Jul; 68(1): 123-31.

 

GenomeDx Biosciences Laboratory
10355 Science Center Dr. Suite 240, San Diego, CA 92121
Tel: 888-792-1601 | Fax: 855-324-2768
| www.genomedx.com

# Decipher Biopsy Report

**Patient Details:**

Patient Name:
Medical Record Number:
Date of Birth: 03/03/1957
Date of Biopsy:

Pathology Laboratory:
Pathologist:
Address:

**Order Information:**

Order Date
Specimen Received Date
GenomeDx Accession ID:
Specimen ID:
Ordering Physician
Clinic/Hospital Name:
Clinic/Hospital Address:

Additional Physician:

**Clinical Details:** PSA, most recent (ng/mL): 10 NCCN risk category: Intermediate Risk Biopsy Gleason Score: 3+3

% Biopsy Cores Positive: 25 Clinical stage: T1c

1.0

High Risk

0.60

Avg Risk

0.45

Low Risk ← Your Decipher Score

## Your Decipher Result – Genomic Low Risk

### Decipher Score 0.26

Risk at RP - Percent Likelihood

| | |
|---|---|
| High Grade Disease (primary Gleason grade 4 or 5) | 13.5% |
| 5-Year Metastasis | 1.2% |
| 10-Year Prostate Cancer Specific Mortality | 2.1% |

### Interpretation

Among men with a low risk Decipher prostate cancer classifier score clinical studies have shown that this cancer has a favorable prognosis. Men with a low risk Decipher score may be suitable candidates for active surveillance and may have excellent outcomes even when treated with local therapy alone.[1-3]

References on reverse

GenomeDx Medical Director (Name & Signature) Date

C A ID # 05D2055897

 

GenomeDx Biosciences Laboratory
10355 Science Center Dr. Suite 240, San Diego, CA 92121
Tel 888-792-1601 | Fax 855-324-2768
www.genomedx.com

## Decipher Biopsy Report

**Patient Details:**

Patient Name
Medical Record Number
Date of Birth: 03/03/1950
Date of Biopsy

Pathology Laboratory:
Pathologist:
Address:

**Order Information:**

Order Date
Specimen Received Date
GenomeDx Accession ID:
Specimen ID:
Ordering Physician
Clinic/Hospital Name:
Clinic/Hospital Address:
Additional Physician:

**Clinical Details:** PSA, most recent (ng/mL): 3.9 NCCN risk category: Low Risk Biopsy Gleason Score 3+3

% Biopsy Cores Positive 20 Clinical stage T1c

1.0

High Risk

Your Decipher Score

0.60

Avg Risk

0.45

Low Risk

0

## Your Decipher Result – Genomic High Risk

### Decipher Score 0.70

Risk at RP - Percent Likelihood

| | |
|---|---|
| High Grade Disease (primary Gleason grade 4 or 5) | 43.3% |
| 5-Year Metastasis | 16.4% |
| 10-Year Prostate Cancer Specific Mortality | 11.4% |

### Interpretation

Among men with a high risk Decipher prostate cancer classifier score clinical studies have shown that this cancer has an unfavorable prognosis. Men with a high risk Decipher score may not be suitable candidates for active surveillance and may benefit from intensification with multi-modal therapy.[1-3]

References on reverse

GenomeDx Medical Director (Name & Signature) Date



## Decipher classifies post-surgery patients* into genomic risk categories for metastasis with 98.5% Negative Predictive Value (NPV).

### Post radical prostatectomy (RP) indications for Decipher test

**Medicare Indications**

- Positive Surgical Margin (SM+)
- Extraprostatic Extension (pT3a disease)
- Seminal Vesicle Invasion (pT3b disease)
- Bladder Neck Invasion (pT4 disease)
- Rising PSA or Biochemical Recurrence

**Additional Indications**

- Pre-operative PSA ≥ 20ng/mL
- High Gleason Score ≥ 7
- Tertiary Gleason 5
- Perineural or Lymphovascular Invasion
- Lymph Node Involvement (LNI)

| Decipher Classification | Treatment recommended post-surgery | Treatment recommended post-surgery after PSA rise or biochemical recurrence |
|---|---|---|
| Genomic Low Risk | Observation with PSA monitoring until detectable PSA rise if any ever [illegible] | Radiation alone is sufficient. Concurrent hormone therapy may be avoided |
| Genomic High Risk | 60% reduction in metastasis risk in Decipher high-risk patients who receive adjuvant or early radiation | Radiation alone is insufficient. Intensification of treatment may be needed. |

### References

1. Den, R.B., et al., A Genomic Classifier Identifies Men with Adverse Pathology after Radical Prostatectomy who Benefit from Adjuvant Radiation Therapy. Journal of Clinical Oncology. 2015 Mar; 33(8): 944-951
2. Den, R.B., et al., A Genomic Prostate Cancer Classifier predicts Biochemical Failure and Metastasis in Patients Following Post Operative Radiation Therapy. Int J Radiat Oncol Biol Phys., 2014 Aug; 89(5): 1038-46.
3. Freedland, S.J., et al., Utilization of a Genomic Classifier for Prediction of Metastasis Following Salvage Radiation Therapy after Radical Prostatectomy. European Urology 2016. In Press.
4. Ross, A.E., et al., Tissue Based Genomics Augment Post-Prostatectomy Risk Stratification in a Natural History Cohort of Intermediate- and High-Risk Men. European Urology. 2016 Jan; 69(1): 157-65.
5. Karnes, R.J., et al., Validation of a Genomic Classifier that Predicts Metastasis Following Radical Prostatectomy in an At Risk Patient Population. J Urology. 2013 Dec; 190(6): 2047-2053
6. Michalopoulos, S.N., et al., Influence of a Genomic Classifier on Post-operative Treatment Decisions in High-Risk Prostate Cancer Patients: Results from the PRO-ACT Study. Curr Med Res Opin. 2014 Aug; 30(8): 1547-56.
7. Nguyen, P.L., et al., Impact of a Genomic Classifier of Metastatic Risk on Post-Prostatectomy Treatment Recommendations by Radiation Oncologists and Urologists. Urology. 2015 Jul; 86(1): 35-40. Featured on the cover of Urology July 2015.
8. Badani, K., et al., Impact of a Genomic Classifier of Metastatic Risk on Postoperative Treatment Recommendations for Prostate Cancer Patients: a Report from the DECIDE Study Group. Oncotarget. 2013 Apr; 4(4): 600-609.
9. Mohler, J.L., et al., Prostate Cancer, Version 1.2016: Featured Updates to the NCCN Guidelines. JNCCN. 2016 Jan; 14(1): 19-30.

*Clinically high-risk patients with one or more of the "Post radical prostatectomy (RP) indications for Decipher test" listed above.

# Decipher.®
# Know what treatment. And when to treat.

POST OP

**NCCN guidelines highlight Decipher as a clinically available tissue-based test for prostate cancer.**[9]

## Decipher for patients after prostate surgery[1]

Decipher low-risk patients may be managed safely with observation until PSA rise

Decipher high-risk patients may experience lower rates of metastasis when treated with adjuvant radiation post-RP

## Decipher for patients after prostate surgery with PSA rise or biochemical recurrence

- Decipher low-risk patients have excellent prognosis with salvage radiation and may avoid concurrent hormonal therapy, as incidence of metastasis remains low.[3]
- Decipher high-risk patients may require intensification of therapy beyond radiation as incidence of metastasis remains high.[3]

Patients treated with salvage radiotherapy*

*No concurrent hormone therapy given

# Suggested Patient Management Plan

## References

1. Den, R.B., et al., A Genomic Classifier Identifies Men with Adverse Pathology after Radical Prostatectomy who Benefit from Adjuvant Radiation Therapy. Journal of Clinical Oncology. 2015 Mar; 33(8): 944-951.
2. Den, R.B., et al., A Genomic Prostate Cancer Classifier predicts Biochemical Failure and Metastasis in Patients Following Post-Operative Radiation Therapy. Int J Radiat Oncol Biol Phys. 2014 Aug; 89(5): 1038-46
3. Freedland, S.J., et al. Utilization of a Genomic Classifier for Prediction of Metastasis Following Salvage Radiation Therapy after Radical Prostatectomy. European Urology. 2016. In Press





 

Radiation (ART
Better Results
Than SRT)

Observation
PSA Rise/BCR
Excellent prognosis
with SRT and may
avoid concurrent
hormone therapy
Decipher
High Risk
May require
intensification of
therapy beyond
radiation
Rx
cipher
Decipher
Low Risk
Excellent prognosis
with SRT and may
avoid concurrent
hormone therapy

GenomeDx Biosciences Laboratory
10355 Science Center Dr. Suite 240, San Diego, CA 92121
Tel: 888-792-1601 | Fax: 855-324-2788
www.genomedx.com

# Decipher Post-Operative Report

## Patient Details

Patient Name:
Medical Record Number:
Date of Birth: 01/01/1945
Date of Prostatectomy:

Pathology Laboratory:
Pathologist:
Address:

## Order Information

Order Date:
Specimen Received Date
GenomeDx Accession ID
Specimen ID
Ordering Physician
Clinic/Hospital Name:
Clinic/Hospital Address:

Additional Physician:

## Clinical Details

Preoperative PSA (ng/mL) 4.2 Gleason Score 4+3

☑ SM+ ☐ EPE ☐ SVI ☐ LNI ☐ BCR ☐ Tertiary Gleason 5

## Your Decipher Result – Genomic High Risk

### Decipher Score 0.7

Risk - Percent Likelihood

| | |
|---|---|
| 5-Year Metastasis | 16.4% |
| 10-Year Prostate Cancer Specific Mortality | 11.4% |

### Interpretation

Clinical studies concluded that Decipher high risk men with adverse pathology have a poor prognosis overall.[1-3] These men may benefit from adjuvant or early salvage radiotherapy and consideration for clinical trials.[4-6]

Relevant findings from published clinical studies: Patients with Decipher high risk had 77% 5-year metastasis free survival and 70% 10-year cause specific survival.[1,2] For these patients there was improved metastasis-free survival favoring adjuvant and early salvage postoperative radiotherapy.[4-6]

In patients with PSA rise or biochemical recurrence after surgery that received salvage radiotherapy, only 66.5% remained metastasis free after 5 years.[4]

References on reverse

GenomeDx Medical Director (Name & Signature) Date





GenomeDx Biosciences Laboratory
10355 Science Center Dr Suite 240, San Diego, CA 92121
Tel 888-792-1601 | Fax 855-324-2768
customerasupport@genomedx.com | www.genomedx.com

## Decipher Post-Operative Report

### Patient Details

Patient Name:
Medical Record Number:
Date of Birth: 01/02/1945
Date of Prostatectomy:

Pathology Laboratory:
Pathologist:
Address:

### Order Information

Order Date:
Specimen Received Date:
GenomeDx Accession ID:
Specimen ID:
Ordering Physician:
Clinic/Hospital Name:
Clinic/Hospital Address:

Additional Physician:

### Clinical Details

Preoperative PSA (ng/mL) 4.9 Gleason Score 4+3

☐ SM+ ☒ EPE ☐ SVI ☐ LNI ☐ BCR ☐ Tertiary Gleason 5

## Your Decipher Result – Genomic Low Risk

### Decipher Score 0.3

Risk - Percent Likelihood

| | |
|---|---|
| 5-Year Metastasis | 1.6% |
| 10-Year Prostate Cancer Specific Mortality | 2.5% |

### Interpretation

Clinical studies concluded that Decipher low risk results in men with adverse pathology have good prognosis overall and may be optimally managed with observation after surgery [1-3] Upon PSA rise, these patients may be treated with delayed radiotherapy without concurrent hormone therapy [4]

Relevant findings from published clinical studies Patients with Decipher low risk had >98% 5-year metastasis free survival and >95% 10-year cause specific survival.[1,2] For these patients there were no significant differences in metastasis free survival with adjuvant, early or late salvage postoperative radiotherapy treatment.[4-6]

In patients with PSA rise or biochemical recurrence after surgery that received salvage radiotherapy, >97% 5-year metastasis free survival was observed with or without concurrent hormone therapy [4]

References on reverse

GenomeDx Medical Director (Name & Signature) Date

CLIA ID # 05D2055897



Decipher®
prostate cancer classifier

Based on the patient's personal tumor-based genomics, Decipher Prostate Cancer Classifier helps determine who:
Decipher Biopsy
May be suitable candidates for active surveillance
May be treated with local therapy alone
May benefit from intensification with multi-modal therapy
Decipher Post-Op
May be safely observed after radical prostatectomy
May need adjuvant radiation
May be better managed with salvage radiation
May avoid hormone therapy with radiation
Access for All Patients
Decipher post-op test covered for Medicare beneficiaries
Private Insurance Coverage
Proven and comprehensive financial assistance for patients

## Decipher GRID™

A biopsy specimen is precious and finite. Use a molecular test that provides the most information possible to benefit you and your patient. Decipher provides the most comprehensive view of a patient's tumor from a needle biopsy. Unlike other tests, Decipher provides exclusive access to Decipher GRID—a rich resource of genomic data beyond the markers that make-up the present Decipher test. This information may benefit your patient and have future treatment implications. Decipher GRID is for research use only (RUO). To learn more, visit DecipherGRID.com.

Decipher Prostate Cancer Classifier represents 22 biomarkers specific to prostate cancer representing multiple biological pathways

| Biological Pathway | Prostate-specific Biomarkers |
|---|---|
| Androgen-Signaling | NFIB, NUSAP1, ZWILCH |
| Cell Cycle Progression | ANO7, PCAT-32, UBE2C |
| Cell Proliferation, Differentiation | CAMK2N1, MYBPC1, PBX1, THBS2, UBE2C |
| Cell Structure, Adhesion, Motility | ANO7, EPPK1, IQGAP3, LASP1, MYBPC1, PCDH7, RABGAP1 |
| Immune System Modulation | GLYATL1P4, S1PR4, TNFRSF19, TSBP |

Robust and Prolific Technology Platform

- Archived FFPE tissue
- Whole genome technology
- Genomic analysis of **1.4 million biomarkers**

To learn more about Decipher, contact the GenomeDx Customer Support Team at 1.888.792.1601 (toll free) or email at customersupport@genomedx.com.

GenomeDx
BIOSCIENCES

Copyright © 2016 GenomeDx Biosciences Inc.
DDR2016 0420

# EXHIBIT D

NCCN Guidelines® Insights

# Prostate Cancer, Version 1.2016

## Featured Updates to the NCCN Guidelines

James L. Mohler, MD[1,*]; Andrew J. Armstrong, MD[2,*]; Robert R. Bahnson, MD[3]; Anthony Victor D'Amico, MD, PhD[4,*]; Brian J. Davis, MD, PhD[5,*]; James A. Eastham, MD[6]; Charles A. Enke, MD[7]; Thomas A. Farrington[8]; Celestia S. Higano, MD[9,*]; Eric M. Horwitz, MD[10,*]; Michael Hurwitz, MD, PhD[11,*]; Christopher J. Kane, MD[12,*]; Mark H. Kawachi, MD[13]; Michael Kuettel, MD, MBA, PhD[1,*]; Richard J. Lee, MD, PhD[14]; Joshua J. Meeks, MD, PhD[15]; David F. Penson, MD, MPH[16,*]; Elizabeth R. Plimack, MD, MS[10]; Julio M. Pow-Sang, MD[17,*]; David Raben, MD[18]; Sylvia Richey, MD[19]; Mack Roach III, MD[20]; Stan Rosenfeld[21]; Edward Schaeffer, MD, PhD[22,*]; Ted A. Skolarus, MD[23]; Eric J. Small, MD[20]; Guru Sonpavde, MD[24]; Sandy Srinivas, MD[25]; Seth A. Strope, MD, MPH[26]; Jonathan Tward, MD, PhD[27]; Dorothy A. Shead, MS[28,*]; and Deborah A. Freedman-Cass, PhD[28,*]

## Abstract

The NCCN Guidelines for Prostate Cancer address staging and risk assessment after an initial diagnosis of prostate cancer and management options for localized, regional, and metastatic disease. Recommendations for disease monitoring, treatment of recurrent disease, and systemic therapy for metastatic castration-recurrent prostate cancer also are included. This article summarizes the NCCN Prostate Cancer Panel's most significant discussions for the 2016 update of the guidelines, which include refinement of risk stratification methods and new options for the treatment of men with high-risk and very-high-risk disease and progressive castration-naive disease.

*J Natl Compr Canc Netw 2016;14(1):19–30*

From [1]Roswell Park Cancer Institute; [2]Duke Cancer Institute; [3]The Ohio State University Comprehensive Cancer Center - James Cancer Hospital and Solove Research Institute; [4]Dana-Farber/Brigham and Women's Cancer Center; [5]Mayo Clinic Cancer Center; [6]Memorial Sloan Kettering Cancer Center; [7]Fred & Pamela Buffett Cancer Center; [8]Prostate Health Education Network (PHEN); [9]Fred Hutchinson Cancer Research Center/Seattle Cancer Care Alliance; [10]Fox Chase Cancer Center; [11]Yale Cancer Center/Smilow Cancer Hospital; [12]UC San Diego Moores Cancer Center; [13]City of Hope Comprehensive Cancer Center; [14]Massachusetts General Hospital Cancer Center; [15]Robert H. Lurie Comprehensive Cancer Center of Northwestern University; [16]Vanderbilt-Ingram Cancer Center; [17]Moffitt Cancer Center; [18]University of Colorado Cancer Center; [19]St. Jude Children's Research Hospital/The University of Tennessee Health Science Center; [20]UCSF Helen Diller Family Comprehensive Cancer Center; [21]University of California San Francisco Patient Services Committee Chair; [22]The Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins; [23]University of Michigan Comprehensive Cancer Center; [24]University of Alabama at Birmingham Comprehensive Cancer Center; [25]Stanford Cancer Institute; [26]Siteman Cancer Center at Barnes-Jewish Hospital and Washington University School of Medicine; [27]Huntsman Cancer Institute at the University of Utah; and [28]National Comprehensive Cancer Network.

*Provided content development and/or authorship assistance.

**Please Note**

The NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) are a statement of consensus of the authors regarding their views of currently accepted approaches to treatment. The NCCN Guidelines® Insights highlight important changes to the NCCN Guidelines® recommendations from previous versions. Colored markings in the algorithm show changes and the discussion aims to further the understanding of these changes by summarizing salient portions of the NCCN Guideline Panel discussion, including the literature reviewed.

These NCCN Guidelines Insights do not represent the full NCCN Guidelines; further, the National Comprehensive Cancer Network® (NCCN®) makes no representation or warranties of any kind regarding the content, use, or application of the NCCN Guidelines and NCCN Guidelines Insights and disclaims any responsibility for their applications or use in any way.

The full and most current version of these NCCN Guidelines are available at NCCN.org.

© National Comprehensive Cancer Network, Inc. 2016, All rights reserved. The NCCN Guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN.

Prostate Cancer, Version 1.2016

## NCCN: Continuing Education

### Accreditation Statement

This activity has been designed to meet the educational needs of physicians, nurses, and pharmacists involved in the management of patients with cancer. There is no fee for this article. The National Comprehensive Cancer Network (NCCN) is accredited by the ACCME to provide continuing medical education for physicians. NCCN designates this journal-based CE activity for a maximum of 1.0 *AMA PRA Category 1 Credit™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

NCCN is accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation.

NCCN designates this educational activity for a maximum of 1.0 contact hour. Accreditation as a provider refers to recognition of educational activities only; accredited status does not imply endorsement by NCCN or ANCC of any commercial products discussed/displayed in conjunction with the educational activity. Kristina M. Gregory, RN, MSN, OCN, is our nurse planner for this educational activity.

National Comprehensive Cancer Network is accredited by the Accreditation Council for Pharmacy Education as a provider of continuing pharmacy education. NCCN designates this continuing education activity for 1.0 contact hour(s) (0.1 CEUs) of continuing education credit in states that recognize ACPE accredited providers. This is a knowledge-based activity. UAN: 0836-0000-16-001-H01-P

All clinicians completing this activity will be issued a certificate of participation. To participate in this journal CE activity: 1) review the learning objectives and author disclosures; 2) study the education content; 3) take the posttest with a 66% minimum passing score and complete the evaluation at http://education.nccn.org/node/77802; and 4) view/print certificate.

Release date: January 1, 2016; Expiration date: January 1, 2017

### Learning Objectives:

Upon completion of this activity, participants will be able to:

- Integrate into professional practice the updates to the NCCN Guidelines for Prostate Cancer
- Describe the rationale behind the decision-making process for developing the NCCN Guidelines for Prostate Cancer

### Disclosure of Relevant Financial Relationships

**Editor:**

Kerrin M. Green, MA, Assistant Managing Editor, *JNCCN—Journal of the National Comprehensive Cancer Network*
Ms. Green has disclosed that she has no relevant financial relationships.

**CE Planners:**

Deborah J. Moonan, RN, BSN, Director, Continuing Education
Ms. Moonan has disclosed that she has no relevant financial relationships.
Ann Gianola, MA, Senior Manager, Continuing Education Accreditation and Program Operations
Ms. Gianola has disclosed that she has no relevant financial relationships.
Kristina M. Gregory, RN, MSN, OCN, Vice President, Clinical Information Operations
Ms. Gregory has disclosed that she has no relevant financial relationships.
Rashmi Kumar, PhD, Senior Manager, Clinical Content, NCCN
Dr. Kumar has disclosed that she has no relevant financial relationships.

**Individuals Who Provided Content Development and/or Authorship Assistance:**

James L. Mohler, MD, Panel Chair, has disclosed that he has no relevant relationships.
Andrew J. Armstrong, MD, Panel Member, has disclosed that he receives grant/research support from Active Biotech AB; Bayer HealthCare; Dendreon Corporation; Janssen Pharmaceuticals, Inc.; Novartis Pharmaceuticals Corporation; Medivation, Inc.; and sanofi-aventis U.S. He receives consulting fees and honoraria from Active Biotech AB, Bayer HealthCare, and sanofi-aventis U.S.; is on the product/speakers bureau for Dendreon Corporation and sanofi-aventis U.S.; and is a scientific advisor for Bayer HealthCare.
Anthony Victor D'Amico, MD, PhD, Panel Member, has disclosed that he has no relevant relationships.
Brian J. Davis, MD, PhD, Panel Member, has disclosed that he and his spouse hold stock options in Pfizer Inc.; he receives honoraria from ASTRO and UpToDate.
Celestia S. Higano, MD, Panel Member, has disclosed that she receives grant/research support from Bayer HealthCare, Emergent BioSolutions Inc., AstraZeneca Pharmaceuticals LP, and sanofi-aventis U.S. She receives consulting/honoraria from BHR Pharma, LLC; Orion Corporation; Emergent BioSolutions Inc.; Bayer HealthCare; Churchill Pharmaceuticals LLC; Astellas US LLC; and Blue Earth Diagnostics Limited.
Eric Mark Horwitz, MD, Panel Member, has disclosed that he has no relevant relationships.
Michael Hurwitz, MD, PhD, Panel Member, has disclosed that he receives salary from Pfizer Inc.
Christopher J. Kane, MD, Panel Member, has disclosed that he received consulting fees from Janssen Pharmaceuticals, Inc.; Genomic Health, Inc.; and Myriad Genetics, Inc.; he receives research support from GenomeDx Biosciences Inc.; and is a scientific advisor for Tokai Pharmaceuticals, Inc.
Michael Kuettel, MD, MBA, PhD, Panel Member, has disclosed that he has no relevant relationships.
David F. Penson, MD, MPH, Panel Member, has disclosed that he receives grant/research support from Astellas US LLC and Medivation, Inc.; and receives consulting fees from Astellas US LLC.
Julio M. Pow-Sang, MD, Panel Member, has disclosed that he has no relevant relationships.
Edward Schaeffer, MD, PhD, Panel Member, has disclosed that he receives consulting fees from GenomeDx Biosciences Inc., and is a scientific advisor for Myriad Genetics, Inc.
Dorothy A. Shead, MS, Director, Patient & Clinical Information Operations, NCCN, has disclosed that she has no relevant financial relationships.
Deborah A. Freedman-Cass, PhD, Oncology Scientist/Senior Medical Writer, NCCN, has disclosed that she has no relevant financial relationships.

This activity is supported by educational grants from AstraZeneca, Bayer Healthcare Pharmaceuticals Inc., Bristol-Myers Squibb, Clovis Oncology, Genentech, Novartis Oncology, Otsuka America Pharmaceutical, Inc., Seattle Genetics, Inc., and Takeda Oncology; support provided by Actelion Pharmaceuticals US, Inc.; and by an independent educational grant from Astellas and Medivation, Inc.

# Prostate Cancer, Version 1.2016

**NCCN Categories of Evidence and Consensus**

**Category 1:** Based upon high-level evidence, there is uniform NCCN consensus that the intervention is appropriate.

**Category 2A:** Based upon lower-level evidence, there is uniform NCCN consensus that the intervention is appropriate.

**Category 2B:** Based upon lower-level evidence, there is NCCN consensus that the intervention is appropriate.

**Category 3:** Based upon any level of evidence, there is major NCCN disagreement that the intervention is appropriate.

All recommendations are category 2A unless otherwise noted.

**Clinical trials:** NCCN believes that the best management for any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

## Overview

Prostate cancer has surpassed lung cancer as the most common cancer in men. The increase in prostate cancer incidence has resulted primarily from prostate-specific antigen (PSA) screening that detects many early-stage prostate cancers. An estimated 220,800 new cases were diagnosed in 2015, which accounts for 26% of new cancer cases in men.[1] Fortunately, the age-adjusted death rates from prostate cancer have declined (–3.8% annually from 1994 to 2004), and researchers estimate that prostate cancer accounted for 27,540 deaths in 2015.[1] The decreasing and comparatively low death rate suggests that increased public awareness with earlier detection and treatment has affected mortality from this prevalent cancer. The alternative hypothesis is that prostate cancer is becoming biologically less aggressive, but evidence is lacking. Early detection can lead to overtreatment of prostate cancers that do not threaten life expectancy, which results in unnecessary side

effects that impair quality of life and increase health care expenditures.

The panel discussed many pertinent issues this year, which are described in this report. Changes to the guidelines are indicated with blue font in the figures.

## Risk Stratification

Management approaches for locoregional prostate cancer include surgery, radiotherapy, active surveillance (actively monitoring disease, with curative-intent intervention if cancer progresses), observation (monitoring disease, with palliative therapy for symptoms) and androgen deprivation therapy (ADT). Making the critical decisions regarding management approach requires careful assignment of patients to risk groups, which depends on the clinical T stage as determined by digital rectal examination (DRE) and radiologic results, Gleason score and extent of cancer in the biopsy specimens, and serum PSA level.[2-4] Nomograms and an estimate of life expectancy are other key determinants of primary management options in these men.[5-20] Although risk groups, life expectancy estimates, and nomograms help inform decisions, uncertainty about the risk of disease progression persists. American men continue to underselect active surveillance, and their physicians may underrecommend it, likely as a result of uncertainty.[21] For men who choose treatment over active surveillance, further difficult decisions must be made regarding the use of adjuvant treatment and/or treatment of recurrent disease.

Additional prognostic information from tumor-based molecular assays and more refined risk stratification, both discussed herein, may encourage appropriate men to choose active surveillance and avoid the side effects of treatment that is likely unneces-

Prostate Cancer, Version 1.2016

sary, and may enable patients to make optimal decisions regarding adjuvant or subsequent treatment.

### Tumor-Based Molecular Assays

Several tissue-based molecular assays have been developed in an effort to improve decision-making in men with newly diagnosed prostate cancer who are considering active surveillance, and in treated men who are considering adjuvant therapy or therapy for recurrences. Uncertainty about the risk of disease progression can be reduced if such molecular assays can accurately and reproducibly provide prognostic or predictive information beyond NCCN risk group assignment and currently available life-expectancy tables and nomograms. Retrospective case cohort studies have shown that these assays provide prognostic information independent of NCCN risk groups, that include likelihood of death with conservative management, likelihood of biochemical recurrence after surgery or radiotherapy, and likelihood of developing metastasis after surgery or salvage radiotherapy.[22–26] No randomized controlled trials have studied the utility of these tests. Several of these assays are clinically available, and [1] have received positive reviews by the Molecular Diagnostic Services Program (MolDX) and are likely to be covered by CMS (Centers for Medicare & Medicaid Services). Several other tests are under development, and the use of these assays is likely to increase in the coming years.

The review of these guidelines by NCCN Member Institutions that preceded the 2016 panel meeting led to requests by several reviewers to review footnote "b," which stated, [2]"Men with clinically localized disease could consider use of a tumor-based molecular assay to stratify better risk of adverse pathology at radical prostatectomy or chance of biochemical recurrence or disease-specific mortality after radical prostatectomy." The reviewers requested

more guidance about use of these tests to include an expanded discussion of the number of emerging molecular tests, the FDA-clearance status of the various tests, their possible associated risks, and examples of when molecular testing may improve upon the usual risk stratifications.

The panel engaged in a long discussion regarding molecular testing. Many panel members expressed their excitement regarding the potential benefits of these tests, and many said they currently order them for their patients. However, the panel also discussed the data supporting the clinical utility of these tests and emphasized several points. First, no randomized clinical trial has yet assessed the clinical utility of these tests. Second, no test has been shown to be predictive of prostate cancer–specific outcomes in response to various management strategies. Finally, no head-to-head comparisons of these assays have been performed. Still, the panel pointed to data suggesting that test results may encourage men to choose active surveillance and thus reduce overtreatment. In one study, results from a molecular test on initial biopsy specimens from untreated men with newly diagnosed prostate cancer changed management in 48% of cases.[27] Of these, 72% of men and their physicians (34% of the initial population) chose to reduce treatment, and 27% (13% of the initial population) chose to increase treatment. In addition, results of retrospective studies suggest that molecular testing can have prognostic value. For example, one study showed the cumulative incidence of metastasis 5 years after adjuvant radiation in men with pT3 disease or positive margins to be 0%, 9%, and 29% for those with low, average, and high genomic classifier scores, respectively ($P$=.002).[28]

In summary, although molecular test results can provide additional guidance to patients, only limited data on prostate cancer–specific survival are available, and whether patient outcomes are improved with use of these tests is unclear. Furthermore, the

panel cannot recommend any particular molecular test over another, because of the lack of comparison data. Therefore, the panel believes that any of these tests may be considered to aid management decisions, but they are not required for standard of care at this time. The panel modified the footnote on PROS-1 (page 21) to read, "Men with clinically localized disease may consider the use of tumor-based molecular assays. Retrospective case cohort studies have shown that molecular assays performed on biopsy or prostatectomy specimens provide prognostic information independent of NCCN risk groups. These include, but are not limited to, likelihood of death with conservative management, likelihood of biochemical progression after radical prostatectomy or external beam radiation therapy (EBRT), and likelihood of developing metastasis after radical prostatectomy or salvage radiotherapy."

In addition, the panel added Table 1 to the discussion section of the guidelines to provide an overview of each clinically available molecular test, populations in which each test has been studied, outcomes reported for each test, and references supporting this work. The panel also included information regarding the review of these tests, which can be expensive, by MolDX. The panel also noted that the molecular biomarker tests listed in Table 1 have been developed with extensive industry support, guidance, and involvement, and have been marketed under the less rigorous FDA regulatory pathway for biomarkers. Although full assessment of their clinical utility requires prospective randomized clinical trials, which are unlikely to be performed, the panel believes that men with clinically localized disease may consider the use of tumor-based molecular assays at this time. Future comparative effectiveness research may allow these tests and others like them to gain additional evidence regarding their utility for better risk stratification of men with prostate cancer.

### Favorable Intermediate-Risk Prostate Cancer

The NCCN Guidelines for Prostate Cancer incorporate a risk stratification scheme based on clinical T stage, Gleason score, and PSA level to assign patients to risk groups. These risk groups are used to select the appropriate options that should be considered and to predict the probability of biochemical failure after definitive local therapy.[2] Risk group stratification has been published widely and validated, and provides a better basis for treatment recommendations than clinical stage alone.[3,4]

However, the panel recognizes that heterogeneity exists within each risk group. For example, an analysis of 12,821 patients showed that men assigned to the intermediate-risk group by clinical stage (T2b–T2c) had a lower risk of recurrence than men categorized according to Gleason score (7) or PSA level (10–20 ng/mL).[29] Men placed in the high-risk group by clinical stage (T3a) had a similar trend of superior recurrence-free survival compared with those assigned by Gleason score (8–10) or PSA level (>20 ng/mL), although the difference did not reach statistical significance.

During the institutional review for the 2016 update of the NCCN Guidelines for Prostate Cancer, reviewers raised questions about the heterogeneity of the intermediate-risk group and what the observed variation in outcomes might mean for management decisions. In particular, the panel considered the following questions: Should active surveillance be considered an option for men with intermediate-risk disease? Should active surveillance be considered an option for a subset of patients with intermediate-risk disease and a favorable profile? How should such a favorable subset be defined?

The panel approached these questions by first reviewing the literature on outcomes of active surveillance of men with intermediate-risk prostate cancer. In the PIVOT trial, men with localized prostate cancer and life expectancy of 10 years or more were randomized to radical prostatectomy or observation.[10] Of the 120 participants with intermediate-risk disease who were randomized to observation, only 13 died from prostate cancer, a nonsignificant difference compared with 6 prostate cancer deaths in 129 participants with intermediate-risk disease in the resection arm (hazard ratio [HR], 0.50; 95% CI, 0.21–1.21; $P$=.12). The median 10-year follow-up and less-than-average health of men in the PIVOT study suggest only men with competing risks may safely be offered active surveillance. In a single-arm prospective cohort study, men with low-risk (75% of the study population) or intermediate-risk (25%) prostate cancer were managed with active surveillance, and intervention was offered for progression.[11] The 10- and 15-year actuarial cause-specific survival rates were 98.1% and 94.3 %, respectively, for the entire cohort; the authors did not report outcomes

| Test | Platform | Populations Studied | Outcome Reported (Test Independently Predicts) | References | Molecular Diagnostic Services Program Recommendations |
|---|---|---|---|---|---|
| Decipher | Whole-transcriptome 1.4M RNA expression (44,000 genes) oligonucleotide microarray optimized for FFPE tissue | Post RP, adverse pathology/high-risk features | Metastasis<br>Prostate cancer–specific mortality | 28,43–52 | Cover post RP for (1) pT2 with positive margins; (2) any pT3 disease; (3) increasing PSA (above nadir) |
| | | Post RP, biochemical recurrence | Metastasis<br>Biochemical failure | | |
| | | Post RP, adjuvant or salvage radiotherapy | Metastasis | | |
| Ki-67 | IHC | Biopsy, intermediate- to high-risk treated with RT | Metastasis | 53–56 | Not recommended |
| | | Biopsy, conservatively managed (active surveillance) | Prostate cancer–specific mortality | | |
| Oncotype DX | Quantitative RT-PCR for 12 prostate cancer-related genes and 5 housekeeping controls | Biopsy, low- to intermediate-risk treated with RP | Non–organ-confined pT3 or Gleason grade 4 disease on RP | 26,57 | Cover post biopsy for NCCN very-low-risk and low-risk prostate cancer at diagnosis with a 10- to 20-y life expectancy |
| Prolaris | Quantitative RT-PCR for 31 cell cycle–related genes and 15 housekeeping controls | TURP, conservatively managed (active surveillance) | Prostate cancer–specific mortality | 22–25,58,59 | Cover post biopsy for NCCN very-low-risk and low-risk prostate cancer at diagnosis with at least a 10-y life expectancy |
| | | Biopsy, conservatively managed (active surveillance) | Prostate cancer–specific mortality | | |
| | | Biopsy, localized prostate cancer | Biochemical recurrence<br>Metastasis | | |
| | | Biopsy, intermediate-risk treated with RT | Biochemical failure | | |
| | | RP, node-negative localized prostate cancer | Biochemical recurrence | | |
| ProMark | Multiplex immunofluorescent staining of 8 proteins | Biopsy, Gleason grade 3+3 or 3+4 | Non–organ-confined pT3 or Gleason pattern 4 disease on RP | 60 | Not reviewed |
| PTEN | Fluorescence in situ hybridization or IHC | TURP, conservatively managed (active surveillance) | Prostate cancer–specific mortality | 61–63 | Not recommended |
| | | Biopsy, Gleason grade 3+3 | Upgrading to Gleason pattern 4 on RP | | |
| | | RP, high-risk localized disease | Biochemical recurrence | | |

Abbreviations: FFPE, formalin-fixed, paraffin-embedded; IHC, immunohistochemistry; PSA, prostate-specific antigen; RP, radical prostatomy; RT, radiation therapy; RT-PCR, reverse transcription polymerase chain reaction; TURP, transurethral resection of the prostate.

# EXHIBIT E

 March 14, 2017

HUMANA MEDICARE ADVANTAGE
PO BOX 14601
LEXINGTON, KY 40512

RE: Response to Request for Additional Information

Dear Claims Department:

GenomeDx is responding to your request for additional information, for the Decipher Prostate Cancer Classifier Assay (CPT 81479), for the above referenced patient. The request for the Decipher test was ordered and directly sent to us, by YOUR in-network physician. Decipher can only be furnished by physicians who are enrolled in a MolDx approved CTR program. The necessity for our tests are based on the results that the physician obtained from the post-surgical, pathologic specimen of the prostate gland, from Mr BAILEY, CHALLIE, who is diagnosed with C61 (Malignant Neoplasm of Prostate). GenomeDx has no direct patient encounter and therefore has no means of knowing if the patient has appropriate benefits or if a pre-authorization is needed, prior to us processing the sample. Due to prostate cancers (PCa) adverse pathologic characteristics, your in-network provider deemed Decipher medically necessary for, Mr. BAILEY, CHALLIE.

The National Comprehensive Cancer Network (NCCN) guidelines on prostate cancer V 3.2016 (see attached), specifically names the Decipher test. Our proprietary test can only be performed by GenomeDx, in our CLIA certified laboratory. As such, there are no other tests to compare to Decipher. Decipher has been peer reviewed and shown to greatly improve the accuracy of predicting patient outcomes and significantly improve the clinical decision-making process in the setting of multimodal treatment for patients with PCa. The Decipher test has also been proven to reduce the amount of unnecessary medical treatments, while maximizing cost effectiveness for both the patient and insurance company, alike.

The Noridian Local Coverage Decision L36343/L35650 and Z-code classifier (ZBQ60), have been approved and recommended by MolDX, for the Decipher Prostate Cancer Classifier Assay, which qualifies Decipher as a Medicare covered service. Since there are no other recommended options for your in-network provider to choose from, GenomeDx qualifies under the RAPL exclusion or Ologist Rule, which allows our claims to be paid as in-network covered service, even if the patient does not have out of network benefits. However, GenomeDx is a contracted provider for Medicare, Multi-plan, and several other insurance carriers.

I have attached supportive documentation, to substantiate the adjudication of our claim. As a strong advocate for our mutual patient affected by prostate cancer, it is our intent to pursue all avenues of appeal, both internally and externally (state and federal level), to secure appropriate coverage for the Decipher test, which is nationally recognized and recommended by your in-network physician, our peers, CMS MolDx, and the NCCN prostate cancer guidelines. Thank you in advance for your time and consideration.

Sincerely,

Billing Department
GenomeDx Biosciences
10355 Science Center Drive Suite 120
San Diego, CA 92121
888-792-1601

DocuSign Envelope ID: 0F31BA21-B086-4B... ...D3-D8379F255FBC

Decipher
prostate cancer classifier
BIOPSY

GenomeDx Biosciences Laboratory

## Test Description

Decipher uses oligonucleotide microarrays to measure 22 RNA expression biomarkers extracted from formalin fixed paraffin embedded (FFPE) prostate biopsy specimens, to derive a Decipher score and corresponding probability of

- High grade disease (primary Gleason grade 4 or 5)
- 5-year probability of clinical metastasis
- 10 year Prostate Cancer Specific Mortality*

All probabilities reflect the likelihood of outcome upon the patient undergoing radical prostatectomy. The Decipher score ranges from 0 to 1.0

## Intended Use

Results from Decipher are intended for use by the physician and patient as an adjunct to conventional clinical variables and models currently used for determining prognosis of patients diagnosed with localized prostate cancer by biopsy. Decipher is intended for use in those patients who present with a low, intermediate or high risk biopsy result according to NCCN Guidelines upon pathologic evaluation.

## Confidence Intervals

- Probability of high grade disease reported here has a 95% confidence interval of 48.2% to 57.1%
- Probability of 5-year metastasis reported here has a 95% confidence interval of 22.9% to 58.6%
- Probability of 10-year Prostate Cancer Specific Mortality reported here has a 95% confidence interval of 9.3% to 34.6%*

## Definitions

NCCN Low Risk: Includes men with a T1a, T1b, T1c, or T2a tumor AND PSA level less than 10 ng/mL AND biopsy Gleason score of 6 or less.[7]

NCCN Intermediate Risk: Includes men with a T2b or T2c tumor OR PSA level between 10 and 20 ng/mL, OR biopsy Gleason score of 7.[7]

NCCN High Risk: Includes men with a T3a tumor, OR PSA level greater than 20 ng/mL, OR biopsy Gleason score between 8 and 10. Two or all three conditions of NCCN Intermediate Risk as listed above, is also considered as NCCN High Risk.[7]

Average Clinical Risk: Refers to the average cohort risk of clinically high risk men in the pivotal Decipher validation study (Karnes, et al.). An average clinical risk of 6.0% was established in a cohort of 1,010 clinically intermediate and high risk patients that received radical prostatectomy (robotic or open) as first line treatment at the Mayo Clinic between 2000 and 2006 (median 6.9 years of follow-up). The average incidence of metastasis was 6.0% at 5 years post radical prostatectomy.[6]

Decipher Genomic Low or High Risk: Based on the individualized genomic risk of metastasis identified by Decipher, these men have significantly higher (Decipher score >0.60) or lower (Decipher score <0.45) risk than the average clinical risk as defined above. These Decipher risk categories were selected by optimizing both the partial likelihood and hazard ratios in a series of Cox models. The categories were trained using data from the Karnes, et al. study and validated in Ross, et al. study.[6-8]

Clinical Metastasis: Regional (e.g. to regional lymph nodes) or distant (e.g. to bones) spread of cancer from the prostate as confirmed by positive CT and/or bone scan.

High Grade Disease: Primary Gleason grade 4 or 5 on surgical pathology.

## References

1. Magi-Galluzzi et al., "Validation of the Decipher prostate cancer classifier for predicting 10 year postoperative metastasis from analysis of diagnostic needle biopsy specimens" presented at the 2016 Genitourinary Cancers Symposium.
2. Kim, Hyung L., et al. "Transcriptome-wide analysis of matching tumor and non-neoplastic biopsy and radical prostatectomy specimens: implications for prostate cancer biomarker signatures" presented at the 15th annual meeting of the Society of Urologic Oncology 2014
3. Lee, Hak J. et al. "Evaluation of a Genomic Classifier in Primary Tumor and Lymph Node Metastases in Pre- and Post-Radical Prostatectomy Tissue Specimens from Patients with Lymph Node Positive Prostate Cancer" presented at the 2015 annual meeting of the American Society of Clinical Oncology.
4. Klein et al. "Decipher Genomic Classifier Measured on Prostate Biopsy Predicts 10 Year Metastasis Risk." 2016. Manuscript in review.
5. Erho, N. et al. Transcriptome-wide detection of differentially expressed coding and non-coding transcripts and their clinical significance in prostate cancer. Journal of Oncology 2012. 2012:541353.
6. Karnes, R.J., et al. Validation of a Genomic Classifier that Predicts Metastasis Following Radical Prostatectomy in an At Risk Patient Population. J Urol. 2013 Dec. 190(6). 2047-2053.
7. NCCN. NCCN Clinical Guidelines in Oncology (NCCN Guideline). Prostate Cancer. Version 1.2016. [Published November 10, 2015] Available from http://www.nccn.org/professionals/physician_gls/pdf/prostate.pdf.
8. Ross AE., et al. Tissue Based Genomics Augment Post-Prostatectomy Risk Stratification in a Natural History Cohort of Intermediate- and High-Risk Men. European Urology 2015 Jun 6. doi: 10.1016/j.eururo.2015.05.042.
9. Patel H.D. et al. Practice patterns and individual variability of surgeons performing radical prostatectomy at a high volume academic center. J of Urology 2015 Mar; 193(3):812-9.
10. Cooperberg MR., et al. Combined Value of Validated Clinical and Genomic Risk Stratification Tools for Predicting Prostate Cancer Mortality in a High-risk Prostatectomy Cohort. European Urology 2015 Feb, 67(2):326-333.

## Disclaimer

The Decipher test was developed and its performance characteristics were determined by GenomeDx Biosciences Laboratory. The GenomeDx Biosciences Laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA '88) to perform high complexity testing. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Summary of biopsy or surgical pathology report provided for convenience of Ordering Physician. Please refer to Referring Pathologist's original pathology report to guide treatment decisions.

Medical Directors: Timothy J. Triche, MD PhD | Doug Dolginow, MD

*This risk model has not yet been validated on prostate biopsy specimens but has been validated in multiple radical prostatectomy Decipher studies (Cooperberg et al., 2015; Klein et al., 2015; Ross et al., 2016).

DocuSign Envelope ID: 0F31BA21-BC86-4B... ...D3-DB379F255FBC

### Test Description

Decipher uses oligonucleotide microarrays to measure 22 RNA expression biomarkers extracted from formalin fixed paraffin embedded (FFPE) prostate biopsy specimens, to derive a Decipher score and corresponding probability of

- High grade disease (primary Gleason grade 4 or 5)
- 5-year probability of clinical metastasis
- 10 year Prostate Cancer Specific Mortality*

All probabilities reflect the likelihood of outcome upon the patient undergoing radical prostatectomy. The Decipher score ranges from 0 to 1.0.

### Intended Use

Results from Decipher are intended for use by the physician and patient as an adjunct to conventional clinical variables and models currently used for determining prognosis of patients diagnosed with localized prostate cancer by biopsy. Decipher is intended for use in those patients who present with a low, intermediate or high risk biopsy result according to NCCN Guidelines upon pathologic evaluation.

### Confidence Intervals

- Probability of high grade disease reported here has a 95% confidence interval of 48.2% to 57.1%
- Probability of 5-year metastasis reported here has a 95% confidence interval of 22.9% to 58.6%
- Probability of 10-year Prostate Cancer Specific Mortality reported here has a 95% confidence interval of 9.3% to 34.6%*

### Definitions

NCCN Low Risk: Includes men with a T1a, T1b, T1c or T2a tumor AND PSA level less than 10 ng/mL AND biopsy Gleason score of 6 or less.[7]

NCCN Intermediate Risk: Includes men with a T2b or T2c tumor OR PSA level between 10 and 20 ng/mL OR biopsy Gleason score of 7.[7]

NCCN High Risk: Includes men with a T3a tumor, OR PSA level greater than 20 ng/mL OR biopsy Gleason score between 8 and 10. Two or all three conditions of NCCN Intermediate Risk as listed above, is also considered as NCCN High Risk.[7]

Average Clinical Risk: Refers to the average cohort risk of clinically high risk men in the pivotal Decipher validation study (Karnes, et al.). An average clinical risk of 6.0% was established in a cohort of 1,010 clinically intermediate and high risk patients that received radical prostatectomy (robotic or open) as first line treatment at the Mayo Clinic between 2000 and 2006 (median 6.9 years of follow-up). The average incidence of metastasis was 6.0% at 5 years post radical prostatectomy.[6]

Decipher Genomic Low or High Risk: Based on the individualized genomic risk of metastasis identified by Decipher, these men have significantly higher (Decipher score >0.60) or lower (Decipher score <0.45) risk than the average clinical risk as defined above. These Decipher risk categories were selected by optimizing both the partial likelihood and hazard ratios in a series of Cox models. The categories were trained using data from the Karnes, et al. study and validated in Ross, et al. study.[6,8]

Clinical Metastasis: Regional (e.g. to regional lymph nodes) or distant (e.g. to bones) spread of cancer from the prostate as confirmed by positive CT and/or bone scan.

High Grade Disease: Primary Gleason grade 4 or 5 on surgical pathology

### References

1. Nagi-Galluzzi et al. "Validation of the Decipher prostate cancer classifier for predicting 10 year postoperative metastasis from analysis of diagnostic needle biopsy specimens" presented at the 2016 Genitourinary Cancers Symposium.
2. Kim, Hyung L. et al. "Transcriptome-wide analysis of matching tumor and non-neoplastic biopsy and radical prostatectomy specimens: implications for prostate cancer biomarker signatures" presented at the 15th annual meeting of the Society of Urologic Oncology 2014.
3. Lee, Hak J. et al. "Evaluation of a Genomic Classifier in Primary Tumor and Lymph Node Metastases in Pre- and Post-Radical Prostatectomy Tissue Specimens from Patients with Lymph Node Positive Prostate Cancer" presented at the 2015 annual meeting of the American Society of Clinical Oncology.
4. Klein et al. "Decipher Genomic Classifier Measured on Prostate Biopsy Predicts 10 Year Metastasis Risk." 2016. Manuscript in review.
5. Erho, N. et al. Transcriptome-wide detection of differentially expressed coding and non-coding transcripts and their clinical significance in prostate cancer. Journal of Oncology 2012; 2012:541353.
6. Karnes, R.J. et al. Validation of a Genomic Classifier that Predicts Metastasis Following Radical Prostatectomy in an At Risk Patient Population. J Urol. 2013 Dec, 190(6), 2047-2053.
7. NCCN. NCCN Clinical Guidelines in Oncology (NCCN Guideline). Prostate Cancer. Version 1.2016 [Published November 10, 2015]; Available from: http://www.nccn.org/professionals/physician_gls/pdf/prostate.pdf.
8. Ross AE, et al. Tissue Based Genomics Augment Post-Prostatectomy Risk Stratification in a Natural History Cohort of Intermediate- and High-Risk Men. European Urology 2015 Jun 6. doi: 10.1016/j.eururo.2015.05.042.
9. Patel H.D. et al. Practice patterns and individual variability of surgeons performing radical prostatectomy at a high volume academic center. J of Urology. 2015 Mar; 193(3):812-9.
10. Cooperberg MR. et al. Combined Value of Validated Clinical and Genomic Risk Stratification Tools for Predicting Prostate Cancer Mortality in a High-risk Prostatectomy Cohort. European Urology 2015 Feb: 67(2):326-333.

### Disclaimer

The Decipher test was developed and its performance characteristics were determined by GenomeDx Biosciences Laboratory. The GenomeDx Biosciences Laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA '88) to perform high complexity testing. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Summary of biopsy or surgical pathology report provided for convenience of Ordering Physician. Please refer to Referring Pathologist's original pathology report to guide treatment decisions.

Medical Directors: Timothy J. Triche, MD PhD | Doug Dolginow, MD

*This risk model has not yet been validated on prostate biopsy specimens but has been validated in multiple radical prostatectomy Decipher studies (Cooperberg et al., 2015; Klein et al., 2015; Ross et al., 2016).