# EXHIBIT F

**Humana.**
P.O. BOX 14465
LEXINGTON KY 40512

April 10, 2017

ATTN: BILLING OFFICE
GENOMEDX BIOSCIENCES
3550 DUNHILL ST
SAN DIEGO CA 92121

Dear GENOMEDX BIOSCIENCES:

Humana has recently completed an audit of claims
submitted by your facility. The audit results show Humana
may have made an overpayment to your facility. The details
of the audit results are provided on the enclosure.

If an overpayment has been identified, Humana will send
you a final notice listing the overpayment amount within
45 days of the date of this letter. Once you have received
that notice, you have 60 calendar days from the date you
receive the financial recovery overpayment letter to dispute
our findings. If you wish to dispute, please submit a formal
dispute letter along with the attached Provider Payment
Integrity (PPI) Clinical Dispute form to Humana with all
relevant documents. Dispute Materials should be mailed to:

Humana Financial Recovery Clinical Review Dispute
P.O. Box 14279
Lexington, KY 40512-4279

You also may fax dispute materials to us at 1-888-815-8912.
If we do not receive a dispute from your office within
60 calendar days from the date you receive the financial
recovery overpayment letter, recoupment will proceed. The
letter will list the overpayment amount.

**Provider Payment
Integrity
1-800-438-7885**
(for TTY, dial **711**)

24 hours a day
Seven days a week
Humana.com

ME2828/RevO00
Humana.com

GHHJSVCES

For additional information regarding the dispute process, visit Humana.com/providers and select the "Claim Resources" link. Choose the "Provider Payment Integrity Policies" link to view the Humana Provider Payment Integrity clinical dispute process.

If you have any questions or need further assistance, please contact Humana's Provider Payment Integrity customer service department at **1-800-438-7885**, 24 hours a day, seven days a week.

Thank you for your continued care of our members.

Sincerely,

Gayle Kennedy
Provider Payment Integrity Specialist
Humana

**Review Findings & Education Notification**

| | |
|---|---|
| Provider Request ID (Humana Use Only): | 15929754 |
| Member Name: | HOMER HENSON |
| Member Identification Number: | H51502786 |
| Member Date of Birth: | 07/24/1948 |
| Service Date(s) From: | 11/04/2016 |
| Service Date(s) To : | 11/04/2016 |
| Claim Number(s): | 450210472 |

Total Findings Amount: $5,150.00 - Units: 1.00, CPT Code: '81479', Amount: '$5150.00', Reason Code: '077' and Comments: 'Per the Local Coverage Determination (LCD): MolDX-CDD: Decipher? Prostate Cancer Classifier Assay (L36343), The Decipher GC assay is covered only when the following clinical conditions are met: Patient with prostate cancer who has undergone a RP within the previous 60 months and is being considered for postoperative secondary therapy due to one or more cancer-recurrence risk factors, and Patient must have achieved initial PSA nadir (defined as undetectable PSA) within 30 days of RP surgery, and Patient must not have any evidence of distant metastasis, and Patient must not have received any neo-adjuvant treatment prior to surgery, and Decipher GC is performed on a patients RP specimen, and Patients surgical pathology report or medical records must have documented presence of adverse pathology: ? Pathological stage T2 disease with a positive surgical margin, or? Pathological stage T3 disease (e.g., extraprostatic extension, seminal vesicle invasion, bladder neck invasion), or ? Rising PSA after initial PSA nadir, and Testing has been ordered by a physician who is certified in the GenomeDX Decipher Certification and Training Registry (CTR). According to the information provided, this is a biopsy specimen rather than RP specimen without staging or evidence of post surgical PSA nadir, all of which are required criteria for testing. Criteria for Decipher assay has not been met and will not be covered.'

**Provider Payment Integrity (PPI) Clinical Dispute Request Form**
**Please complete and attach this form to your formal letter of dispute**
**to ensure your documentation is routed appropriately.**
(Include original review findings letter, any dispute outcome letters and any other
documentation that supports your dispute.)

| | |
|---|---|
| Please indicate if this is a dispute of the clinical findings of the review or a dispute of the overpayment dollar amount:<br><br>(If it is a dispute, please note the dollar amount being disputed.) | |
| Humana claim number requested to be clinically disputed:<br><br>(If you have multiple claims, please mail or fax them separately.) | |
| Level of dispute (1-3), if applicable: | |
| Has this overpayment dollar amount been previously disputed?: | |
| Please indicate if this is a Medicare or commercial policy: | |
| Please indicate if you are a participating or nonparticipating provider: | |
| Please indicate the practicing location state: | |
| Member name: | |
| Member identification number: | |
| Member date of birth: | |
| Service date(s): | |
| Provider address: | |

Please complete and submit this form with your formal letter of dispute, original review
findings letter, any dispute outcome letters and any other documentation that supports
your dispute to:

Humana Provider Payment Integrity Clinical Review Dispute
P.O. Box 14279
Lexington, KY 40512-4279
Fax: 1-888-815-8912

GHHHYKFFN                                                                    ML2437Rev01
                                                                             Humana.com

# EXHIBIT G

## Stephanie La Fleur

| From: | Amber Feroz |
| --- | --- |
| Sent: | Wednesday, August 30, 2017 4:10 PM |
| To: | Dani Fletes; Dede Goehler |
| Cc: | Corinne Vause; Stephanie La Fleur; Christopher Crain |
| Subject: | RE: Protocol in Box |

And it does say : date signed- so the physician could have signed it weeks ago but now I am adding in todays date

**Amber Feroz**
**REIMBURSEMENT SPECIALIST**
GenomeDx Biosciences

T 1 (858) J22-6141

GenomeDx com | DecipherTest com



BY GENOME<sup>DX</sup>

| San Diego | Vancouver |
| --- | --- |
| 10355 Science Center | 1038 Homer Street |
| Drive Suite 240 | Vancouver BC |
| San Diego CA 92121 | Canada V0B 2W0 |

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email you must neither take any action based upon its contents nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

**From: Dani Fletes**
**Sent: Wednesday, August 30, 2017 4:01 PM**
**To:** Amber Feroz <amber.feroz@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>
**Cc:** Corinne Vause <corinne.vause@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Christopher Crain <christopher.crain@genomedx.com>
**Subject: RE: Protocol in Box**

Yay, another perfect example of what we want. Please enter the name, DOB and date and send.

**Dani Fletes**
**DIRECTOR, CLIENT OPERATIONS**
GenomeDx Biosciences

T. 1 (858) 322-6140

GenomeDx.com | DecipherTest com



BY GENOME<sup>DX</sup>

| San Diego | Vancouver |
| --- | --- |
| 10355 Science Center | 1038 Homer Street |
| Drive Suite 240 | Vancouver BC |
| San Diego CA 92121 | Canada V0B 2W0 |

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email you must neither take any action based upon its contents nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

1

**From:** Amber Feroz
**Sent:** Wednesday, August 30, 2017 3:57 PM
**To:** Dani Fletes <dani.fletes@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>
**Cc:** Corinne Vause <corinne.vause@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>;
Christopher Crain <christopher.crain@genomedx.com>
**Subject:** RE: Protocol in Box

Here is another one with no date again

**Amber Feroz**
**REIMBURSEMENT SPECIALIST**
GenomeDx Biosciences

T. 1 (858) 322-6141

GenomeDx.com | DecipherTest.com



BY GENOMEDX

| San Diego | Vancouver |
|---|---|
| 10355 Science Center | 1038 Homer Street |
| Drive  Suite 240 | Vancouver, BC |
| San Diego  CA 92121 | Canada V6B 2W9 |

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed
If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone
Please contact the sender if you believe you have received this email in error. Thank you.

**From:** Dani Fletes
**Sent:** Wednesday, August 30, 2017 3:49 PM
**To:** Amber Feroz <amber.feroz@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>
**Cc:** Corinne Vause <corinne.vause@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>;
Christopher Crain <christopher.crain@genomedx.com>
**Subject:** RE: Protocol in Box

Team
This is the new protocol we need to use- legal approved.  We are not sending this protocol, we are only sending the
LMN.  Do we need further discussion on this?

**Dani Fletes**
**DIRECTOR, CLIENT OPERATIONS**
GenomeDx Biosciences

T. 1 (858) 322-0140

GenomeDx.com | DecipherTest.com

BY GENOMEDX

| San Diego | Vancouver |
|---|---|
| 10355 Science Center | 1038 Homer Street |
| Drive  Suite 240 | Vancouver, BC |
| San Diego  CA 92121 | Canada V6B 2W9 |

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed.
If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone.
Please contact the sender if you believe you have received this email in error. Thank you.

**From:** Amber Feroz
**Sent:** Wednesday, August 30, 2017 3:32 PM
**To:** Dani Fletes <dani.fletes@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>
**Cc:** Corinne Vause <corinne.vause@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>;
Christopher Crain <christopher.crain@genomedx.com>
**Subject:** Protocol in Box
**Importance:** High

Hello All,

This is the approved protocol that is in Box at the moment

Thank You

Amber

**Amber Feroz**
**REIMBURSEMENT SPECIALIST**
GenomeDx Biosciences

T. 1 (858) 322-0141

GenomeDx.com | DecipherTest.com



BY GENOMEᴰˣ

| San Diego | Vancouver |
|---|---|
| 10355 Science Center | 1038 Homer Street |
| Drive, Suite 240 | Vancouver, BC |
| San Diego, CA 92121 | Canada V6B 2W9 |

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed.
If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone.
Please contact the sender if you believe you have received this email in error. Thank you.



BY  .I . . . W E a x

# Medical Necessity Approved Protocol for Decipher

I hereby authorize GenomeDx Biosciences to perform Decipher Prostate Biopsy, Decipher Prostate Post-Op or Decipher Bladder testing on all submitted Decipher orders  By checking the Medically Necessity Established box in the billing information section of the Decipher requisition, I deem such order as medically appropriate for the diagnosis or treatment of my patient's urological cancer.

Additionally, by submitting such requisition, I deem that my Decipher Prostate Post-Op orders for my Medicare patients meet the criteria for LCD ID L36343, which is as follows:

— Patient has no evidence of distant metastasis, and
— Patient has achieved initial PSA nadir (defined as undetectable PSA) within 4-6 weeks after RP, and
— Patient has not received any neoadjuvant treatment prior to surgery  and
— Pathological stage T2 disease with a positive surgical margin, or
— Pathological stage T3 disease (e.g., extraprostatic extension, seminal vesicle invasion, bladder neck invasion)  or   Rising PSA or Biochemical Recurrence

Furthermore, this form authorizes GenomeDx to forward any or all applicable documents/forms/letters to specific insurance or medical institutions requesting proof of Medical Necessity. I understand that by signing this form GenomeDx will complete my executed Letter of Medical Necessity with the individual patient information as indicated on the test requisition.

I understand that GenomeDx may ask me from time to time to renew this Medical Necessity Approved Protocol Form.

Institution/Practice Name:  _University of Miami  Urology Dept._
Address:  _1150 NW 14th Street, Suite 309  M. Ami, FL 33136_
Telephone: _305 243-6591_     Fax: _305 243 6597_

AUTHORIZATION for Medical Necessity Approved Protocol:
Physician Name:  _Dipen Parekh_
Signature: _____
Date:  _8/29/17_

GENOMEDX CO

10455 Science Center Drive  Suite 240, San Diego, CA 92121

t 888 792 1601     f 855 .. .1. 1768



# STATEMENT OF MEDICAL NECESSITY

Patient:

DOB:

I use the Decipher Prostate Cancer Classifier, a genomic test capable of predicting the probability of developing metastatic prostate cancer, to manage my patients. NCCN Guidelines states that men with adverse pathology after surgical removal of their prostate, should be offered adjuvant therapy.   However, it is well accepted that the majority of men's prostate disease will not progress after surgery.  With that, Decipher enables me to determine which patients will require aggressive management such as adjuvant therapy, and which patients may be managed safely with monitoring.  Decipher helps me and my patient determine the best clinical course for management of his prostate cancer.

Current NCCN Guidelines highlight Decipher as a clinically available tissue-based test for prostate cancer.  The test is supported by published peer-reviewed clinical studies, is accepted by the clinical community and is covered by Medicare.

I re-affirm that the Decipher laboratory test was reasonable and medically necessary for my patient who had a diagnosis of prostate cancer and for whom I ordered the test. A summary of the Decipher test is attached and the pathology report which clearly shows adverse pathology on this patient.

Ordering physician signature:

Printed name: DR Amar Singh

Date signed:

NPI: 1770650145

1.   NCCN Guidelines® Insights, © JNCCN-Journal of the National Comprehensive Cancer Network | Volume 14 Number 1 | January 2016

# EXHIBIT H

**A. Notifier:**

**B. Patient Name:**                         **C. Identification Number:**

---

# Advance Beneficiary Notice of Noncoverage (ABN)

<u>NOTE:</u> If Medicare doesn't pay for D._____below, you may have to pay.

Medicare does not pay for everything, even some care that you or your health care provider have good reason to think you need. We expect Medicare may not pay for the D._____below.

| D. | E. Reason Medicare May Not Pay: | F. Estimated Cost |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**WHAT YOU NEED TO DO NOW:**

- Read this notice, so you can make an informed decision about your care.
- Ask us any questions that you may have after you finish reading.
- Choose an option below about whether to receive the D._____listed above.
  **Note:** If you choose Option 1 or 2, we may help you to use any other insurance
     that you might have, but Medicare cannot require us to do this.

**G. OPTIONS:    Check only one box. We cannot choose a box for you.**

☐ **OPTION 1.** I want the D._____listed above. You may ask to be paid now, but I also want Medicare billed for an official decision on payment, which is sent to me on a Medicare Summary Notice (MSN). I understand that if Medicare doesn't pay, I am responsible for payment, but **I can appeal to Medicare** by following the directions on the MSN. If Medicare does pay, you will refund any payments I made to you, less co-pays or deductibles.

☐ **OPTION 2.** I want the  D._____listed above, but do not bill Medicare. You may ask to be paid now as I am responsible for payment. **I cannot appeal if Medicare is not billed.**

☐ **OPTION 3.** I don't want the D._____listed above. I understand with this choice I am **not** responsible for payment, and **I cannot appeal to see if Medicare would pay.**

**H. Additional Information:**

**This notice gives our opinion, not an official Medicare decision.** If you have other questions on this notice or Medicare billing, call **1-800-MEDICARE** (1-800-633-4227/TTY: 1-877-486-2048). Signing below means that you have received and understand this notice. You also receive a copy.

| I. Signature: | J. Date: |
|---|---|
|  |  |

**CMS does not discriminate in its programs and activities. To request this publication in an alternative format, please call: 1-800-MEDICARE or email: <u>AltFormatRequest@cms.hhs.gov.</u>**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0566. The time required to complete this information collection is estimated to average 7 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn PRA Reports Clearance Officer, Baltimore, Maryland 21244-1850.

Form CMS-R-131 (Exp. 03/2020)                    Form Approved OMB No. 0938-0566

# EXHIBIT I

**Stephanie La Fleur**

| | |
|---|---|
| **From:** | Brittany Rambino |
| **Sent:** | Thursday, August 11, 2016 1:29 PM |
| **To:** | Dede Goehler; Shihab Huq |
| **Cc:** | Theo Geonnetti; Stephanie La Fleur; Scott Nicholson |
| **Subject:** | RE: Inland urology HMO- orders |

Hi,

Here are a few that have been paid after an appeal.

Humana (paid 439.49 each)
MC-003246
MC-004171
MC-003986
MC-003686

Cigna Health Springs ($2,139.83 each)
MC-006462
MC-006694

UPMC
MC-001536 ($4090.00

**Brittany Rambino, CPC-P**
**Director of Billing**
GenomeDx Biosciences

Direct1-858-779-0878 EXT 189
Vancouver |1038 Homer Street Vancouver, BC V8B 2W9
San Diego |10355 Science Center Drive Suite 240, San Diego, CA 92121
www.genomedx.com|DecipherTest.com

 

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you.

From: Dede Goehler
Sent: Thursday, August 11, 2016 1:20 PM
To: Brittany Rambino ; Shihab Huq
Cc: Theo Geonnetti ; Stephanie La Fleur ; Scott Nicholson
Subject: RE: Inland urology HMO- orders

Can you share a couple of the cases we have been paid on Medicare Advantage for biopsy

**Deirdre Goehler**
Director of Reimbursement
GenomeDx Biosciences

Mobile013-707-8500
Vancouver |1038 Homer Street  Vancouver, BC V6B 2W9
San Diego |10355 Science Center Drive Suite 240, San Diego, CA 92121
www.genomedx.com|DecipherTest.com



BIOSCIENCES

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents  nor copy or show it to anyone  Please contact the sender  f you believe you have received th s email in error  Thank you

From: Brittany Rambino
Sent: Thursday, August 11, 2016 12:49 PM
To: Dede Goehler <dgoehler@genomedx.com>; Shihab Huq <shihab.huq@genomedx.com>
Cc: Theo Geonnetti <theo@genomedx com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Scott Nicholson <scott@genomedx.com>
Subject: RE: Inland urology HMO- orders

Sure, happy to as we have been successful getting BX to pay for medicare advantage.

**Brittany Rambino, CPC-P**
Director of Billing
GenomeDx Biosciences

Direct1-858-770-0878 EXT 189
Vancouver |1038 Homer Street, Vancouver, BC V6B 2W9
San Diego |10355 Science Center Drive Suite 240, San Diego  CA 92121
www.genomedx com|DecipherTest.com



BIOSCIENCES

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed  If you are not the intended recipient of this email, you must neither take any action based upon its contents  nor copy or show it to anyone  Please contact the sender if you believe you have received this email in error  Thank you.

From: Dede Goehler
Sent: Thursday, August 11, 2016 10:46 AM
To: Shihab Huq <shihab.huq@genomedx.com>
Cc: Brittany Rambino <brittany.rambino@genomedx.com>; Theo Geonnetti <theo@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Scott Nicholson <scott@genomedx com>
Subject: RE: Inland urology HMO- orders

Ok- let's all take a step back. Edwin and Scott will not support us getting a ABN but we do need to be compliant. I had a conversation with Edwin about the Medicare Advantage biopsy cases. We will not be successful in appeals without the LCD and Edwin did not want at this point to deny anyone the test since we do not have LCD.
Brittany- lets you and I take this off line and we can discuss ow the best way is to handle. Let's get these patients taken care so they can get the treatment they need. That is the main priority at this time.

**Deirdre Goehler**
Director of Reimbursement
GenomeDx Biosciences

Mobile913-707-8500
Vancouver |1038 Homer Street, Vancouver, BC V6B 2W9
San Diego |10355 Science Center Drive Suite 240, San Diego, CA 92121
www.genomedx.com|DecipherTest.com



This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

From: Shihab Huq
Sent: Thursday, August 11, 2016 12:37 PM
To: Dede Goehler <dgoehler@genomedx.com>
Cc: Brittany Rambino <brittany.rambino@genomedx.com>; Theo Geonnetti <theo@genomedx.com>; Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Scott Nicholson <scott@genomedx.com>
Subject: Re: Inland urology HMO- orders

The signing of ABN's will kill Decipher biopsy. Neither Prolaris or Oncotype ever required patients to sign one.

Thank you.

Shihab Z. Huq
Genomic Specialist

GenomeDx Biosciences

714-381-0402

**Shihab Huq**
Genomic Specialist
GenomeDx Biosciences

Mobile714-381-0402
Vancouver |1038 Homer Street, Vancouver, BC V6B 2W9
San Diego |10355 Science Center Drive Suite 240, San Diego, CA 92121
www.genomedx.com|DecipherTest.com



This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

On Aug 11, 2016, at 10:32 AM, Dede Goehler <dgoehler@genomedx.com> wrote:

Brittany- then are you having all Medicare biopsy cases sign a abn?

2

**Deirdre Goehler**
**Director of Reimbursement**
GenomeDx Biosciences

Mobile913-707-8500
Vancouver | 1038 Homer Street, Vancouver  BC V6B 2W9
San Diego | 10355 Science Center Drive Suite 240, San Diego, CA 92121
www.genomedx.com|DecipherTest.com

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed  If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone  Please contact the sender if you believe you ha received this email in error. Thank you

**From:** Brittany Rambino
**Sent:** Thursday, August 11, 2016 12:26 PM
**To:** Dede Goehler <dgoehler@genomedx.com>; Theo Geonnetti <theo@genomedx.com>
**Cc:** Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Scott Nicholson <scott@genomedx.com>; Shihab Huq <shihab.huq@genomedx.com>
**Subject:** RE: Inland urology HMO- orders

We currently do appeal Medicare advantage for BX for medical necessity. That's correct if we appeal the physician could get sanctioned. If we were to treat these patients as Medicare we would need a signed ABN because the service does not fall within a LCD these are non-covered and the patient responsibility.

I have happy to discuss later in our meeting.

Thanks
Brittany

**From:** Dede Goehler
**Sent:** Thursday, August 11, 2016 10:17 AM
**To:** Brittany Rambino <brittany.rambino@genomedx.com>; Theo Geonnetti <theo@genomedx.com>; GenomeDx Client Services <client.service@genomedx.com>
**Cc:** Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Scott Nicholson <scott@genomedx.com>; Shihab Huq <shihab.huq@genomedx.com>
**Subject:** RE: Inland urology HMO- orders

Not for these because we do not have a Medicare LCD for biopsy. These are both Medicare replacement and without LCD – nothing to appeal. These patients should be treated as if they are Medicare. You could try to bill it to the replacement plan but I am afraid we will get the physician sanctioned.

**Deirdre Goehler**
**Director of Reimbursement**
GenomeDx Biosciences

Mobile913-707-8500
Vancouver | 1038 Homer Street, Vancouver  BC V6B 2W9
San Diego | 10355 Science Center Drive Suite 240  San Diego  CA 92121
www.genomedx.com|DecipherTest.com

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed  If you are not the intended recipient of this email, you must neither take any action based upon its contents  nor copy or show it to anyone  Please contact the sender if you believe you ha received this email in error. Thank you

From: Brittany Rambino
Sent: Thursday, August 11, 2016 12:04 PM
To: Theo Geonnetti <theo@genomedx.com>; GenomeDx Client Services
<client.service@genomedx.com>
Cc: Stephanie La Fleur <stephanie.lafleur@genomedx.com>; Dede Goehler
<dgoehler@genomedx.com>; Scott Nicholson <scott@genomedx.com>; Shihab Huq
<shihab.huq@genomedx.com>

## Subject: RE: Inland urology HMO- orders

Hi,

Just confirming with everyone. The normal billing policy is we will appeal after the claim gets denied. If
the Appeal does not get over turned we then would bill the patient the self-pay amount of $2990.00.

Thanks
Brittany


**Brittany Rambino, CPC-P**
Director of Billing
GenomeDx Biosciences

Direct1-858-779-0878 EXT 189
Vancouver | 1038 Homer Street, Vancouver BC V6B 2W9
San Diego | 10355 Science Center Drive Suite 240  San Diego  CA 92121
www.genomedx.com|DecipherTest.com

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error. Thank you

From: Theo Geonnetti
Sent: Thursday, August 11, 2016 9:58 AM
To: GenomeDx Client Services <client.service@genomedx.com>
Cc: Brittany Rambino <brittany.rambino@genomedx.com>; Stephanie La Fleur
<stephanie.lafleur@genomedx.com>; Dede Goehler <dgoehler@genomedx.com>; Scott Nicholson
<scott@genomedx.com>; Shihab Huq <shihab.huq@genomedx.com>
Subject: Inland urology HMO- orders

Please procure and run Decipher. Approved by Scott and Edwin.

Tom Tometich (Dr. Hickerson)
Larry Maxie (Dr. Pineda)

Dede- these were the two cases we discussed on Tuesday. Please follow normal billing policy for Medicare
biopsy.

Thanks,


**Theo Geonnetti**
Regional Manager
GenomeDx Biosciences

5

Mobile609-700-4888
Vancouver |1038 Homer Street, Vancouver, BC V6B 2W9
San Diego |10355 Science Center Drive Suite 240  San Diego  CA 92121
www.genomedx.com|DecipherTest.com

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed  If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone  Please contact the sender if you believe you have received this email in error. Thank you

**From:** Shihab Huq
**Date:** Thursday, July 21, 2016 at 12:26 PM
**To:** Theo Geonnetti
**Subject:** Inland urology HMO

Theo, below are the cases where the HMO denied approval for Decipher biopsy.
Per our discussion, I let the office know of the max cost.
Please contact sample processing so they can request tissue.
Tom Tometich (Dr. Hickerson)
Larry Maxie (Dr. Pineda)


Thank you.

Shihab Z. Huq
Genomic Specialist

GenomeDx Biosciences

714-381-0402

# EXHIBIT J



## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12





HEALTH INSURANCE CLAIM FORM



155 2ND STREET, SUITE 4 · JERSEY CITY, NEW JERSEY 07302 · TEL (877) 561-0000 · FAX (855) JTB-LAWS
WWW.IFIGHTFORYOURRIGHTS.COM

*by hand delivery to*

Summer Stephan
San Diego County District Attorney
330 W. Broadway
San Diego, CA 92101

September 26, 2017

   ***Re:*** *U.S. and California ex rel. La Fleur and Vause v. GenomeDx Biosciences Corp.*

Filed under seal September 26, 2017, pursuant to 31 U.S.C. § 3730(b)(2),
in the United States District Court for the District of Idaho

**Disclosure of Substantially All Material Evidence and Information
Pursuant to 31 U.S.C. § 3730(b)(2)**

Dear Ms. Stephan,

Plaintiffs/Relators Stephanie La Fleur and Corinne Vause, by and through their undersigned attorneys, hereby disclose material evidence and information related to the above-captioned matter. Enclosed is the Complaint in this matter, to be filed September 26, 2017. Relators anticipate supplementing this disclosure in the near future.

          Regards,

         **JTB LAW GROUP, LLC**
         **(Lead Counsel)**

         **By:** */s  Jason T. Brown*
         Jason T. Brown
          (*pro hac vice* application forthcoming)
         Patrick S. Almonrode
          (*pro hac vice* application forthcoming)
         (877) 561-0000 (office)
         (855) 582-5297 (fax)
         *jtb@jtblawgroup.com*
         *patalmonrode@jtblawgroup.com*

         **LAW OFFICE OF MANN & ELIAS**

**(Local Counsel)**

By: */s/ Imad Y. Elias*
Imad Y. Elias
6100 Wilshire Blvd., Suite 1104
Los Angeles, CA 90048
(323) 857-9500 (office)
(323) 857-9525 (fax)
*imad @mannelias.com*

*Attorneys for Relators*
*Stephanie La Fleur and Corinne Vause*



155 2ND STREET, SUITE 4 · JERSEY CITY, NEW JERSEY 07302 · TEL (877) 561-0000 · FAX (855) JTB-LAWS
WWW.IFIGHTFORYOURRIGHTS.COM

*by hand delivery to*

Alana W. Robinson
United States Attorney
Southern District of California
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893

September 26, 2017

    ***Re:** U.S. and California ex rel. La Fleur and Vause v. GenomeDx Biosciences Corp.*

Filed under seal September 26, 2017, pursuant to 31 U.S.C. § 3730(b)(2),
in the United States District Court for the District of Idaho

### Disclosure of Substantially All Material Evidence and Information
### Pursuant to 31 U.S.C. § 3730(b)(2)

Dear Ms. Robinson,

Plaintiffs/Relators Stephanie La Fleur and Corinne Vause, by and through their undersigned
attorneys, hereby disclose material evidence and information related to the above-captioned
matter. Enclosed is the Complaint in this matter, to be filed September 26, 2017. Relators
anticipate supplementing this disclosure in the near future.

                            Regards,

                            **JTB LAW GROUP, LLC**
                            **(Lead Counsel)**

                            By: */s/ Jason T. Brown*
                            Jason T. Brown
                                (*pro hac vice* application forthcoming)
                            Patrick Almonrode
                                  (*pro hac vice* application forthcoming)
                            (877) 561-0000 (office)
                            (855) 582-5297 (fax)
                            *jtb@jtblawgroup.com*
                            *patalmonrode@jtblawgroup.com*

**LAW OFFICE OF MANN & ELIAS**
(Local Counsel)

By: */s/ Imad Y. Elias*
Imad Y. Elias
6100 Wilshire Blvd., Suite 1104
Los Angeles, CA 90048
(323) 857-9500 (office)
(323) 857-9525 (fax)
*imad @mannelias.com*

*Attorneys for Relators*
*Stephanie La Fleur and Corinne Vause*