```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS094697
Cashier ID: lcarried
Transaction Date: 09/26/2017
Payer Name: KNOX ATTORNEY SERVICES
----------------------------------
CIVIL FILING FEE
 For: KNOX ATTORNEY SERVICES
 Case/Party: D-CAS-3-17-CV-001959-001
 Amount:         $400.00
----------------------------------
CHECK
 Check/Money Order Num: 21822
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```