```
                                    FILED

                                   FEB 0 7 2019

                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY        VLC        DEPUTY
```

1  JOSEPH H. HUNT
   Assistant Attorney General
2  Civil Division
   MICHAEL D. GRANSTON
3  PATRICIA L. HANOWER
   NINA A. SHAW
4  Attorneys, Civil Fraud Section
   U.S. Department of Justice
5  175 N Street, NE, Room 9.116
   Washington, DC 20002
6  (202) 616-5578
   Nina.A.Shaw@usdoj.gov
7
8  ROBERT S. BREWER, JR.
   United States Attorney
9  JOSEPH P. PRICE, JR.
   Assistant U.S. Attorney
10 Cal. State Bar No. 131689
   Office of the U.S. Attorney
11 880 Front Street, Room 6293
   San Diego, CA 92101-8893
12 (619) 546-7642
   joseph.price@usdoj.gov
13
14 Attorneys for Plaintiff
   United States of America
15
16          IN THE UNITED STATES DISTRICT COURT
17         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
18 UNITED STATES OF AMERICA and        )  Case No.: 17-CV-1959-L (WVG)
   the STATE OF CALIFORNIA,            )
19 ex rel. STEPHANIE LA FLEUR and      )  JOINT MOTION FOR DISMISSAL
   CORINNE VAUSE,                      )  AND   FOR   UNSEALING   OF
20                                     )  ACTION
            Plaintiffs,                )
21      v.                             )  **FILED UNDER SEAL**
                                       )
22 GENOMEDX BIOSCIENCES CORP.,         )
                                       )
23          Defendant.                 )
                                       )
24                                     )
25
26      Pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), and in response

27 to the Court's Order to Show Cause dated January 28, 2019, the United States, the

28

State of California, and Relators Stephanie La Fleur and Corinne Vause jointly move for dismissal and unsealing of this action.

Pursuant to the terms and conditions of the Settlement Agreement between the United States, Relators, and Defendant GenomeDX Biosciences Corp., effective December 21, 2018 (the "False Claims Act Settlement Agreement"), and pursuant to the terms and conditions of the Settlement Agreement between Ricardo Lara, in his capacity as the Insurance Commissioner of the State of California, Relators, and Defendant GenomeDX Biosciences Corp., effective January 24, 2019 (the "California Insurance Frauds Prevention Act Settlement Agreement"),

1.     Relators dismiss their claims in this action with prejudice;

2.     the United States dismisses with prejudice its claims in this action against GenomeDX Biosciences Corp. for the Covered Conduct, as the term is defined in the False Claims Act Settlement Agreement, and the United States otherwise dismisses the action against GenomeDX Biosciences Corp. without prejudice to the United States' claims; and

3.     the State of California, through Ricardo Lara, in his capacity as the Insurance Commissioner of the State of California, dismisses with prejudice its claims in this action against GenomeDX Biosciences Corp.

The United States, State of California, and Relators also request that the Court unseal (a) Relators' Complaint; (b) the United States' Notice of Election filed December 21, 2018; (c) the State of California's Notice of Election filed January 28, 2019, and the Order thereon; (d) the Order to Show Cause dated January 28, 2019; (e) this Joint Motion and accompanying [Proposed] Order thereon; and (f) all other filings after today's date.  It is requested that all other papers on file remain under seal and not be made public because in discussing the content and extent of the United States' and the State of California's investigations, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

1   No answer has been filed or served, and no parties other than the United

2   States, the State of California, and Relators have appeared in this action.

3   This motion may be executed in counterparts, each of which constitutes an

4   original and all of which constitutes one and the same document.

5   A proposed order accompanies this motion.

6                                   Respectfully submitted,

7
    Dated: February 4, 2019
8                                   JOSEPH H. HUNT
                                    Assistant Attorney General
9

10

11                                  MICHAEL D. GRANSTON
                                    PATRICIA L. HANOWER
                                    NINA A. SHAW
12                                  Attorneys, Civil Fraud Section

13  Dated: February 4, 2019

14                                  ROBERT S. BREWER, JR.
                                    United States Attorney
15

16

17                                  JOSEPH P. PRICE. JR.
                                    Assistant United States Attorney
18

19                                  Attorneys for Plaintiff
                                    United States of America
20

21  Dated: February 4, 2019

22                                  MICHAEL J. LEVY
                                    Deputy General Counsel, Litigation
23

24                                  JAMES SCOTT McNAMARA
                                    Assistant Chief Counsel
25                                  KATHERINE Y. WANG
                                    False Claims Trial Attorney
26

27                                  Attorneys for Plaintiff
                                    Ricardo Lara, as California Insurance
28                                  Commissioner, on behalf of the State
                                    of California

                                    3

                                                    17CV1959-L (MJL)

1  Dated: February 4, 2019

                                          BROWN, LLC

                                          JASON T. BROWN
                                          BENJAMIN LIN

                                          Attorneys for Relators
                                          Stephanie La Fleur and
                                          Corinne Vause

17CV1959-L (MJL)

**FILED**

FEB 0 7 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
the STATE OF CALIFORNIA,
*ex rel.* STEPHANIE LA FLEUR and
CORINNE VAUSE,

               Plaintiffs,

     v.

GENOMEDX BIOSCIENCES CORP.,

          Defendant.

Case No.: 17-CV-1959-L (WVG)

CERTIFCATE OF SERVICE

FILED UNDER SEAL

     I, Ana I. Fread, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

     On February 4, 2019, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

     JOINT MOTION FOR DISMISSAL AND FOR UNSEALING ACTION, and [PROPOSED] ORDER

     Addressed to:

Counsel for Relators
Benjamin Lin
Law Office of Jason T. Brown
155 2nd Street, Suite 4
Jersey City, NJ 07302

Imad Y. Elias
Law Office of Mann & Elias
6100 Wilshire Blvd., Suite 1104
Los Angeles, CA 90048

1   Counsel for State of California
2   Katherine Yao Wang
    California Department of Insurance
3   45 Freemont Street FI21
4   San Francisco, CA 94105

5   the last known addresses at which place there is delivery service of mail from the

6   United States Postal Service.

7       I declare under penalty of perjury that the foregoing is true and correct.

8   Executed on this 4th day of February 2019.

9                                         ANA I. FREAD

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17CV1959-L (WVG)