JOSEPH H. HUNT
Assistant Attorney General
Civil Division
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
NINA A. SHAW
Attorneys, Civil Fraud Section
U.S. Department of Justice
175 N Street, NE, Room 9.116
Washington, DC 20002
(202) 616-5578
Nina.A.Shaw@usdoj.gov

ROBERT S. BREWER, JR.
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7642
joseph.price@usdoj.gov

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* STEPHANIE LA FLEUR and CORINNE VAUSE,<br><br>Plaintiffs,<br>v.<br>GENOMEDX BIOSCIENCES CORP.,<br><br>Defendant. | Case No.: 17-CV-1959-L (WVG)<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL AND FOR UNSEALING OF CASE**<br><br>**FILED UNDER SEAL** |

Pursuant to the Joint Motion for Dismissal and Unsealing filed by the United States, the State of California, and Relators Stephanie La Fleur and Corinne Vause, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Relators' claims in this action are dismissed with prejudice;

2. with respect to the United States, the claims in this action are dismissed with prejudice as to the Covered Conduct, as the term is defined in the Settlement Agreement between the United States, Relators, and GenomeDX Biosciences Corp., effective December 21, 2018, and the claims in this action are otherwise dismissed without prejudice to the United States; and

3. with respect to the State of California, through Ricardo Lara, in his capacity as the Insurance Commissioner of the State of California, the claims in this action are dismissed with prejudice.

**IT IS FURTHER ORDERED** that (a) Relators' Complaint; (b) the United States' Notice of Election filed December 21, 2018; (c) the State of California's Notice of Election filed January 28, 2019, and the Order thereon; (d) the Order to Show Cause dated January 28, 2019; (e) the Joint Motion for Dismissal and Unsealing, and this Order thereon; and (f) all other filings after today's date are unsealed. All other papers on file remain under seal.

**IT IS SO ORDERED.**

DATED: 2/7/19

HON. M. JAMES LORENZ
United States District Judge

cc: Counsel for the United States
Counsel for the State of California
Counsel for Relators